Page 2

2:05cv1074.F

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF RECEIVED

HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2005 NOV -8 A 9:

| United States District Court | District | MONTGOMERY COUNTY |
|---|---|---|

| Name (under which you were convicted): JEFFERY JAMES JACKSON | Docket or Case No.: C.C. 91-163 |
|---|---|

| Place of Confinement: MONTGOMERY CO. DETENTION FAC. | Prisoner No.: 16703 |
|---|---|

| Petitioner (include the name under which you were convicted) JEFFERY J. JACKSON | v. | Respondent (authorized person having custody of petitioner) D. T. MARSHALL, et al., |
|---|---|---|

The Attorney General of the State of ALABAMA - TROY KING

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____

   MONTGOMERY CO. CIRCUIT COURT, MONTGOMERY ALABAMA.

   (b) Criminal docket or case number (if you know): __C.C. 91-163__

2. (a) Date of the judgment of conviction (if you know): __JUNE 11, 1991__

   (b) Date of sentencing: __JUNE 11, 1991__

3. Length of sentence: __15 YEAR SPLIT TO SERVE (3).__

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: _____

   THEFT OF PROPERTY III, 12 MONTHS IN THE COUNTY JAIL TO RUN CONCURRENTLY WITH 15 YEAR SPLIT TO SERVE (3).

6. (a) What was your plea? (Check one)

   (1)   Not guilty ☐          (3)   Nolo contendere (no contest) ☐

   (2)   Guilty ☑              (4)   Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _THE PETITIONER PLEAD GUILTY TO BOTH BREAKING AND ~~ENTERING AND~~ THEFT OF PROPERTY III._

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ❑        Judge only ❑    _NEITHER_

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ❑  No ☑

8.  Did you appeal from the judgment of conviction?

Yes ❑  No ❑

9.  If you did appeal, answer the following:

(a) Name of court: _COURT OF CRIMINAL APPEALS, STATE OF ALABAMA_

(b) Docket or case number (if you know): _CR-04-2378_

(c) Result: _PETITION DENIED_

(d) Date of result (if you know): _SEPTEMBER 7, 2005_

(e) Citation to the case (if you know): _STATE OF ALABAMA V. JEFFERY J. JACKSON_

(f) Grounds raised: _THE CUSTODY OF THE COUNTY IS ILLEGAL AND UNCONSTITUTIONAL. THE PETITIONER E.O.S. HIS SENTENCE FEBUARY 2, 2001. THE PROBATION WAS REVOKED AND SPILT SENTENCE WAS AMENDED TO STRAIGHT 15 YEAR SENTENCE. I HAVE'NT BEEN NOTIFIED OF THE TIME OR PLACE OF HEARING._

(g) Did you seek further review by a higher state court?    Yes ☑  No ❑

If yes, answer the following:

(1) Name of court: _SUPREME COURT OF ALABAMA_

(2) Docket or case number (if you know): _1041742_

(3) Result: _IT WAS ORDERED THAT THE PETITION FOR WRIT OF HABEAS CORPUS WAS STRICKEN._

(4) Date of result (if you know): _SEPTEMBER 13TH, 2005_

(5) Citation to the case (if you know): _STATE OF ALABAMA V. JEFFERY J. JACKSON_

(6) Grounds raised: _THE STATE COURT RULING SHOWS PREVIDICE. THE PETITIONER E.O.S. HIS SENTENCE FEBUARY 2, 2001. THE PROBATION WAS REVOKED AND SPLIT SENTENCE WAS AMENDED TO STRIAIGHT 15 YEAR SENTENCE._

Page 4

(h) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐ No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _MONTGOMERY CO. CIRCUIT COURT. ALA._

(2) Docket or case number (if you know): _C.C. 91-163_

(3) Date of filing (if you know): _JULY 21, 2005_

(4) Nature of the proceeding: _WRIT OF HABEAS CORPUS_

(5) Grounds raised: _THE PETITIONER SERVED (3) FULL YEARS IN THE PENITENTIARY. THE HON. JUDGE SALLY M. GREENHAW REVOKED PROBATION MARCH 23, 1995. THE SENTENCE WAS AMENDED TO STRAIGHT (15) YEAR SENTENCE AND RAN CONCURRENT WITH C.C. 81-723. THE PETITIONER E.O.S. BOTH C.C. 91-163 AND C.C. 81-723 FEBUARY 2, 2001 FROM BULLOCK CO. CORRECTIONAL FAC. THE CUSTODY OF THE COUNTY IS ILLEGAL AND VIOLATES THE CONSTITUTION OF THE UNITED STATES._

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: _NO RESPONSE FROM CIRCUIT COURT._

(8) Date of result (if you know): _NONE_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _MONTGOMERY CIRCUIT COURT._

(2) Docket or case number (if you know): _CC-91-163_

(3) Date of filing (if you know): _0-0-2004_

(4) Nature of the proceeding: _MOTION FOR PROBATION REVOCATION HEARING_

(5) Grounds raised: _PURSUANT TO RULE 27.6 REVOCATION OF PROBATION, PROBATIONERS HAS A RIGHT TO A HEARING HELD BEFORE THE SENTENCING COURT WITHIN A REASONABLE TIME AFTER THE PROBATIONER'S INITIAL APPEARANCE UNDER RULE 27.5._

*PURSUANT TO RULE 27.6 (B) RIGHT TO COUNSEL, THE PROBATIONER IS ENTITLED TO PRESENT AND REPRESENTED BY AN ATTORNEY. THE RULE'S THAT GOVERN THE COURT ARE BEING DELIBERATELY OMITTED. INSUFFICIENCY OF FINDING OF EVIDENCE THAT WOULD PROVE I DID NOTHING WRONG.*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      Yes ☐ No ☑

(7) Result: *NONE*

(8) Date of result (if you know): *NONE*

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: *THE CIRCUIT COURT OF MONTGOMERY. CO, ALA.*

(2) Docket or case number (if you know): *C. C. 91-163*

(3) Date of filing (if you know): *MAY 25, 2005*

(4) Nature of the proceeding: *MOTION FOR FINAL DISPOSITION — PROBATION*

(5) Grounds raised: *THE PROBATIONER HAS A RIGHT TO A REVOCATION HEARING AND THE RIGHT TO COUNSEL BEFORE THE HEARING IS COMMENCED. THE PROBATIONER'S INITIAL APPEARANCE BEFORE JUDGE TRUMAN HOBB — WAS FEBRUARY 23, 2004. THE PROBATIONER RIGHTS TO A A REVOCATION HEARING AND TO THE PRESENTS AND COUNSEL OF AN ATTORNEY HAS BEEN DENIED BY THE COURT. THE CONSTITUTIONAL GUARANTIES OF INDIVIDUAL RIGHTS AND THESES PRECISE RULES MUST BE FOLLOWED AND PROSCRIBED BY THE SUPREME COURT.*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      Yes ☐ No ☑

(7) Result: *NONE*

(8) Date of result (if you know): *NONE*

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:       Yes ☑ No ☐

(2) Second petition:     Yes ☑ No ☐

(3) Third petition:      Yes ☑ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

Page 6

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: *THE STATE COURT'S RULING VIOLATES THE ALABAMA RULES OF COURT AND CLEARLY ESTABLISHED FEDERAL LAW.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *THE PETITIONER WAS SENTENCED JUNE 11, 1991 TO A (15) YEAR SPLIT SENTENCE TO SERVE (3) FULL YEARS IN THE PENITENIARY. ON MARCH 23, 1995, JUDGE SALLY GREENHAW REVOKED THE PROBATION ON THIS CASE AND AMENDED THE SENTENCE TO STRAIGHT (15) YEARS TO RUN CONCURRENT WITH CASE NO. CC 81-723. THE COURT LOST JURISDICTION MARCH 23, 1995 WHEN PROBATION WAS REVOKED.*

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *PETITION FOR WRIT OF HABEAS CORPUS*

Name and location of the court where the motion or petition was filed: *COURT OF CRIMINAL APPEALS, STATE OF ALABAMA.*

Docket or case number (if you know): *CR-04-2378*

Date of the court's decision: *SEPTEMBER 7, 2005*

Result (attach a copy of the court's opinion or order, if available): _ORDER — HON. JUDGE_
_McMILLIAN — THE CRIMINAL COURT OF APPEALS ORDERS THAT_
_SAID PETITION BE AND THE SAME IS HEREBY DENIED._

(3) Did you receive a hearing on your motion or petition?

    Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_THE SUPREME COURT OF ALABAMA_

Docket or case number (if you know): _1041742_

Date of the court's decision: _SEPTEMBER 13TH 2005_

Result (attach a copy of the court's opinion or order, if available): _STRICKEN FOR FAILURE_
_TO COMPLY WITH RULE 21, ALABAMA RULES OF_
_APPELLATE PROCEDURE._

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _I FILED A COMPLAINT WITH_
_THE ALABAMA STATE BAR AGAINST ATTORNEY AIMIEE SMITH_
_FOR FRAUD AND MISREPRESENTATION. C.S.P. No. 05-952 (A) 9/23/05_

**GROUND TWO:** _THE STATE COURT'S FAILS TO FOLLOW THE RULES_
_AND REGULATION SET OUT BY THE ALA. RULES FOR CRIMINAL PROCEDURE._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _ON FEB._
_23, 2004 JUDGE HOBBS FILED A DELINQUENCY REPORT._
_THE PETITIONER WAS SENTENCED TO 15 SPLIT 3 SUPERVISED_
_COURT PROBATION. THE PETITIONER HAS NOT BEEN INFORMED_
_OF THE EXACT NATURE OF DELINQUENCY. THE CONSTITUTION_
_SPECIFICALLY MENTION CERTAIN STEPS THAT MUST NOT BE_
_OMITTED. PROPER PROCEDURES REQUIRES JURISDICTION_
_OVER A PERSON AND DUE PROCESS CLAUSES OF THE STATES_
_CONSTITUTION REQUIRES PROPER PROCEDURE BE FOLLOWED._

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _PETITION FOR WRIT OF HABEAS CORPUS_

Name and location of the court where the motion or petition was filed: _COURT OF_

_CRIMINAL APPEALS, STATE OF ALABAMA_

Docket or case number (if you know): _CR-04-2378_

Date of the court's decision: _SEPTEMBER 7, 2005_

Result (attach a copy of the court's opinion or order, if available): _HON. JUDGE McMILLIAN-_

_THE COURT OF CRIMINAL APPEALS ORDERS THAT_

_SAID PETITION BE AND THE SAME IS HEREBY DENIED._

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _MONTGOMERY CO. CIRCUIT_

_COURT, MONTGOMERY CO. ALABAMA._

Docket or case number (if you know): _CC 91-163_

Date of the court's decision: _NO RESPONSE TO APPEAL- HABEAS CORPUS._

Result (attach a copy of the court's opinion or order, if available): _____

_NONE_

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: *ADMINISTRATIVE REMEDY — I INFORMED THE ADMINISTRATION/SUPERVISORS ABOUT THE PROBLEM I'AM HAVING WITH THE COURT, I HAVE APPEALED CONSTANTLY FOR ADEQUATE TIME IN THE LIBRARY TO PREPARE MY PETITIONS*

**GROUND THREE:** *THE STATE PURSUED PROSECUTION AGAINST THE PETITIONER IN CC 91-163 TWICE — DOUBLE JEOPARDY.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *I FILED A COMPLAINT ON ATTORNEY AIMEE C. SMITH, CSP NO. 05-952(A) IN REGARDS TO THE STATE PURSUING PROSECUTION IN CASES THAT I SERVED TIME ON AND E.O.S. FEBRUARY 2, 2005. ON JUNE 4, 2002, ATTORNEY AIMEE C. SMITH MAILED A LETTER TO ME WITH THE FOLLOWING INFORMATION: JUDGE GREENHAW SET THIS MATTER FOR TRIAL - C.C. 91-163*

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____
_____
_____
_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *PETITION FOR RELIEF FROM CONVICTION - RULE 32.*

Name and location of the court where the motion or petition was filed: *FILED MAY 13, 2005 MONTGOMERY CO. CIRCUIT COURT, MONTGOMERY ALA.*

Docket or case number (if you know): *PETITION WAS NOT ANSWED*

Date of the court's decision: *NONE*

Result (attach a copy of the court's opinion or order, if available): *NONE*

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *MONTGOMERY CO. CIRCUIT COURT, MONTGOMERY, ALABAMA*

Docket or case number (if you know): *NONE*

Date of the court's decision: *NONE*

Result (attach a copy of the court's opinion or order, if available): *NONE*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: *MONTGOMERY CO. DETENTION- ADMINISTRTIVE FACILITY GRIEVANCE WAS FILED APRIL 19, 2005. GROUNDS: THAT I AM BEING HELD IN VIOLATION OF MY CONSTITUTIONAL RIGHTS.*

**GROUND FOUR:** *THE STATE OF ALABAMA PURSUED PROSECUTION AGAINST THE PETITIONER FOR THE SAMES OFFENSES.- CC.91-163*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *THE PETITIONER WAS ORIGINALLY SENTENCED JUNE 11, 1991. A TRIAL WAS SET BY JUDGE GREENHAW JUNE 20, 2002 ON C.C.91-163. JULY 17, 2002 PROBATION WAS RE-INSTATED, ON C.C.91-163. BY JUDGE GREENHAW. PROBATION WAS REVOKED MARCH 23, 1995 AND AMENDED BY JUDGE GREENHAW.*

THE COURT APPOINTED AIMEE C. SMITH TO REPRESENT ME AT TRIAL WITHOUT KNOWING I WAS CHARGED WITH THE SAME OFFENSES.

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑  No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: PETITION FOR WRIT OF HABEAS CORPUS

Name and location of the court where the motion or petition was filed: COURT OF CRIMINAL APPEALS, STATE OF ALABAMA

Docket or case number (if you know): CR-04-2055

Date of the court's decision: JULY 27TH 2005

Result (attach a copy of the court's opinion or order, if available): UPON CONSIDERATION OF THE ABOVE REFERENCE PETITION, THE COURT OF CRIM. APPEALS ORDERS THAT SAID PETITION AND THE SAME IS HEREBY DISMISSED

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: THE SUPREME COURT OF ALABAMA.

Docket or case number (if you know): 1041742

Date of the court's decision: SEPTEMBER 13TH 2005

Result (attach a copy of the court's opinion or order, if available): IT WAS ORDERED THAT THE PETITION FOR WRIT OF HABEAS CORPUS, STRICKEN

_FOR FAILURE TO COMPLY WITH RULE 21, ALABAMA_
_RULE OF APPELLATE PROCEDURE._

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _ADMINISTRATIVE REMEDY,_ _GRIEVANCES TO D.T. MARSHALL, DIRECTOR GINA SAVAGE,_ _ASS: DIRECTOR A.D. ROBINSON AND CAPT. PALMER-BYRD._ _THE BASIS OF MY COMPLAINT IS I'AM BEING HELD_ _FOR OFFENSES THAT I E.C.S._

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☑  No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☐  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☑   No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _THE CIRCUIT COURT OF MONTGOMERY, ALA. C.C_ _91-163, WRIT OF HABEAS CORPUS, THE COURT is_ _OMITTING THE FACT THAT THE REASONS FOR HOLDING_ _THE PETITIONER VIOLATES CLEARLY ESTABLISHED FEDERAL LAW._

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _JOHN OLIVER CAMERON_

(c) At trial: _____

(d) At sentencing: _AIMEE C. SMITH_

(e) On appeal: _PRO-SE JEFFERY JAMES JACKSON_

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?       Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

THE ONE YEAR STATUTE OF LIMITATION SHOULD'NT APPLY IN THIS CASE BECAUSE OF THE FOLLOWING:
THE ADMINISTRATION/COUNTY JAIL AND THE STATE COURT HINDERS THE APPLICANT FROM FILING PETITION'S. THE COUNTY JAIL DOES NOT ALLOW INMATE'S BUT (15) MINUTES A WEEK TO STUDY LAW BOOK'S. THE TIME THAT I'AM ALLOWED TO READ THE MATERIAL I NEED TO PROPERLY PRESENT MY PETITION IS NOT ADEQUATE. EVERY PETITION I FILED FOR RELIEF WAS EITHER DENIED, DISMISSED OR STRICKEN FOR FAILURE TO COMPLY WITH THE ALABAMA RULES OF APPELLATE PROCEDURE.
PURSUANT TO 'NOTICE TO MONTGOMERY CO. JAIL INMATES', DATE: APRIL 27, 2005. DUE TO THE ENORMOUS AMOUNT OF MAIL THE CLERK'S OFFICE RECIEVES FROM INMATES IN THE JAIL, IT HAS BECOME NECESSARY TO STOP RESPONDING TO THOSE LETTERS/REQUESTS. BECKY WAITS, DEPUTY CLERK, CIRCUIT CLERK. INFORMATION DENIED BY THE CLERK'S OFFICE.
THE STATE COURT HAS NOT RESPONDED TO ANY MOTIONS FILED BY ME, PRO SE. I HAVE REQUESTED TO THE COURTS FOR ASSISTANCE IN THIS MATTER.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *THE PETITIONER REQUEST THAT THIS HONORABLE COURT ORDER'S HIS RELEASE FROM THE COUNTY VAIL AND/OR COURT WITH JURISDICTION.*

or any other relief to which petitioner may be entitled.

*Jeffery J. Jackson* — PRO SE

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _NOVEMBER 6TH 2005._ (month, date, year).

Executed (signed) on _NOV, 6TH 2005_ (date).

*Jeffery J. Jackson*

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

* * * * *