IN THE UNITED STATES <ins>COURT, MONTGOMERY CO. ALA.</ins>

| | |
|---|---|
| JEFFERY JAMES JACKSON<br>PETITIONER<br>V.<br>D.T. MARSHALL, et al.,<br>RESPONDANT | RECEIVED<br>2005 NOV -8 A 9:34<br><br>CASE NO. 05CV1074 |

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW THE PETITIONER, JEFFERY J. JACKSON PRO SE MOVES THIS HONORABLE COURT AN ORDER ALLOWING HIM TO PROCEED IN THIS CASE WITHOUT PREPAYMENT OF FEES, COSTS, OR SECURITY THEREOF, AND FOR GROUNDS THEREFOR SUBMIT THE ATTACHED SWORN AFFIDAVIT IN SUPPORT OF THE MOTION.

Jeffery J. Jackson
PETITIONER

```
RESIDENT HISTORY REPORT                                                    Page 2 of 2

Montgomery County Jail
07/12/05 10:25
ST 001 / OPR YR

Booking Number    : 16703
Resident Name     : JACKSON, JEFFERY JAMES
Time Frame        : 02/18/2004 12:28 - 07/12/2005 10:24

------------------------------------------------------------------------------------
Date         Time    Type          ST   OPR    Receipt #      Amount        Balance
------------------------------------------------------------------------------------

03/21/2005   10:02   Rec Payment   3    amw    C93498          0.64          0.00
04/04/2005   09:28   Order         3    ttm    C94716          0.00          0.00
04/07/2005   09:15   Order         3    ttm    C94976          0.00          0.00
04/11/2005   09:59   Order         3    ttm    C95240          0.00          0.00
04/14/2005   09:08   Order         3    amw    C95552          0.00          0.00
04/18/2005   09:26   Order         3    ttm    C96016          0.00          0.00
04/21/2005   09:35   Order         3    amw    C96322          0.00          0.00
04/25/2005   10:05   Order         3    amw    C96656          0.00          0.00
05/02/2005   09:31   Order         3    amw    C97266          0.00          0.00
05/05/2005   09:26   Order         3    amw    C97587          0.00          0.00
05/09/2005   09:33   Order         3    amw    C97773          0.00          0.00
05/12/2005   10:20   Order         3    amw    C98270          0.00          0.00
05/16/2005   09:37   Order         3    ndw    C98581          0.00          0.00
05/19/2005   10:42   Order         3    ndw    C98825          0.00          0.00
05/23/2005   11:59   Order         3    ndw    C99101          0.00          0.00
05/26/2005   12:00   Order         3    ndw    C99465          0.00          0.00
06/02/2005   14:06   Order         3    ndw    C99718          0.00          0.00
06/06/2005   12:02   Order         3    ndw    C100197         0.00          0.00
06/09/2005   09:10   Order         3    ndw    C100338         0.00          0.00
06/13/2005   08:56   Order         3    ndw    C100714         0.00          0.00
06/16/2005   09:55   Order         3    ndw    C100953         0.00          0.00
06/20/2005   10:15   Order         3    ndw    C101529         0.00          0.00
06/23/2005   08:34   Order         3    ndw    C101657         0.00          0.00
06/27/2005   08:58   Order         3    ndw    C101968         0.00          0.00
06/30/2005   10:21   Order         3    jaw    C102361         0.00          0.00
07/07/2005   08:44   Order         3    ndw    C102644         0.00          0.00
07/11/2005   13:04   Order         3    ndw    C103120         0.00          0.00
```

RESIDENT HISTORY REPORT                                                                    Page 1 of 2

**Montgomery County Jail**
07/12/05 10:25
ST 001 / OPR YR

```
Booking Number     : 16703
Resident Name      : JACKSON, JEFFERY JAMES
Time Frame         : 02/18/2004 12:28 - 07/12/2005 10:24
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| 02/18/2004 | 12:28 | Reopen      | 3 | AF  | C60035 | 0.00  | 0.00  |
| 03/01/2004 | 11:01 | Order       | 3 | ttm | C60925 | 0.00  | 0.00  |
| 03/04/2004 | 09:57 | Order       | 3 | ttm | C61369 | 0.00  | 0.00  |
| 03/15/2004 | 08:59 | Order       | 3 | ttm | C62247 | 0.00  | 0.00  |
| 03/18/2004 | 09:28 | Order       | 3 | ttm | C62458 | 0.00  | 0.00  |
| 03/22/2004 | 08:33 | Order       | 3 | ttm | C62648 | 0.00  | 0.00  |
| 03/23/2004 | 14:10 | Add         | 2 | ALA | B39137 | 10.00 | 10.00 |
| 03/23/2004 | 14:10 | Rec Payment | 2 | ALA | B39138 | 4.00  | 6.00  |
| 03/25/2004 | 08:43 | Order       | 3 | ttm | C62970 | 5.74  | 0.26  |
| 04/26/2004 | 08:59 | Order       | 3 | ttm | C65535 | 0.00  | 0.26  |
| 04/26/2004 | 08:59 | Rec Payment | 3 | ttm | C65536 | 0.26  | 0.00  |
| 04/29/2004 | 08:57 | Order       | 3 | ttm | C65963 | 0.00  | 0.00  |
| 05/03/2004 | 11:45 | Order       | 3 | ttm | C66123 | 0.00  | 0.00  |
| 05/11/2004 | 12:29 | Add         | 2 | VT  | B40708 | 10.00 | 10.00 |
| 05/11/2004 | 12:29 | Rec Payment | 2 | VT  | B40709 | 4.00  | 6.00  |
| 05/13/2004 | 08:49 | Order       | 3 | ttm | C67024 | 4.97  | 1.03  |
| 05/18/2004 | 15:12 | Rec Payment | 1 | wck | A36061 | 0.41  | 0.62  |
| 06/14/2004 | 10:01 | Order       | 3 | ttm | C69771 | 0.00  | 0.62  |
| 06/14/2004 | 10:01 | Rec Payment | 3 | ttm | C69772 | 0.62  | 0.00  |
| 06/21/2004 | 11:06 | Order       | 3 | ttm | C70287 | 0.00  | 0.00  |
| 07/08/2004 | 10:00 | Order       | 3 | ttm | C71721 | 0.00  | 0.00  |
| 07/09/2004 | 12:28 | Add         | 2 | VT  | B42561 | 10.00 | 10.00 |
| 07/09/2004 | 12:28 | Rec Payment | 2 | VT  | B42562 | 4.00  | 6.00  |
| 07/12/2004 | 09:31 | Order       | 3 | ttm | C71829 | 5.78  | 0.22  |
| 07/27/2004 | 12:41 | Add         | 2 | FHD | B43090 | 14.00 | 14.22 |
| 07/27/2004 | 12:41 | Rec Payment | 2 | FHD | B43091 | 5.60  | 8.62  |
| 07/29/2004 | 09:24 | Order       | 3 | ttm | C73525 | 8.22  | 0.40  |
| 08/16/2004 | 13:53 | Rec Payment | 1 | ALA | A37810 | 0.16  | 0.24  |
| 09/13/2004 | 10:46 | Order       | 3 | ttm | C77386 | 0.00  | 0.24  |
| 09/13/2004 | 10:46 | Rec Payment | 3 | ttm | C77387 | 0.24  | 0.00  |
| 09/20/2004 | 09:34 | Order       | 3 | ttm | C77619 | 0.00  | 0.00  |
| 10/04/2004 | 09:39 | Order       | 3 | ttm | C78975 | 0.00  | 0.00  |
| 10/11/2004 | 09:18 | Order       | 3 | ttm | C79542 | 0.00  | 0.00  |
| 10/18/2004 | 09:43 | Order       | 3 | ttm | C80059 | 0.00  | 0.00  |
| 10/21/2004 | 09:38 | Order       | 3 | ttm | C80459 | 0.00  | 0.00  |
| 10/25/2004 | 09:46 | Order       | 3 | ttm | C80742 | 0.00  | 0.00  |
| 10/28/2004 | 09:22 | Order       | 3 | ttm | C81084 | 0.00  | 0.00  |
| 11/04/2004 | 09:21 | Order       | 3 | ttm | C81752 | 0.00  | 0.00  |
| 11/15/2004 | 09:10 | Order       | 3 | ttm | C82693 | 0.00  | 0.00  |
| 11/18/2004 | 11:20 | Order       | 3 | ttm | C83165 | 0.00  | 0.00  |
| 11/22/2004 | 09:16 | Order       | 3 | ttm | C83450 | 0.00  | 0.00  |
| 11/29/2004 | 10:05 | Order       | 3 | amw | C83912 | 0.00  | 0.00  |
| 12/16/2004 | 09:23 | Order       | 3 | ttm | C85403 | 0.00  | 0.00  |
| 12/20/2004 | 08:50 | Order       | 3 | ttm | C85759 | 0.00  | 0.00  |
| 01/04/2005 | 08:51 | Order       | 3 | ttm | C86420 | 0.00  | 0.00  |
| 01/10/2005 | 10:15 | Order       | 3 | ttm | C86953 | 0.00  | 0.00  |
| 01/13/2005 | 10:27 | Order       | 3 | ttm | C87270 | 0.00  | 0.00  |
| 01/24/2005 | 10:06 | Order       | 3 | ttm | C88146 | 0.00  | 0.00  |
| 01/27/2005 | 09:30 | Order       | 3 | ttm | C88493 | 0.00  | 0.00  |
| 01/31/2005 | 09:33 | Order       | 3 | ttm | C88829 | 0.00  | 0.00  |
| 02/03/2005 | 10:44 | Order       | 3 | RAI | C89286 | 0.00  | 0.00  |
| 02/07/2005 | 13:25 | Order       | 3 | ttm | C89566 | 0.00  | 0.00  |
| 02/10/2005 | 09:11 | Order       | 3 | ttm | C89890 | 0.00  | 0.00  |
| 02/14/2005 | 10:34 | Order       | 3 | ttm | C90267 | 0.00  | 0.00  |
| 02/15/2005 | 15:22 | Add         | 2 | yr  | B50065 | 10.00 | 10.00 |
| 02/15/2005 | 15:22 | Rec Payment | 2 | yr  | B50066 | 4.00  | 6.00  |
| 02/17/2005 | 08:56 | Order       | 3 | ttm | C90464 | 5.36  | 0.64  |
| 03/21/2005 | 10:02 | Order       | 3 | amw | C93497 | 0.00  | 0.64  |