**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Troy King
   Attorney General's Office
   Alabama State House
   11 South Union Street
   Montgomery, AL 36130-0152

2. Article Number
   (Transfer from service label)
   7004 2510 0001 0150 4446

   2811 February 2004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  /s/ Taylor
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
   11/16/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05CV1074-F
   O & O     ㉚

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Domestic Return Receipt    102595-02-M-1540