IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY JAMES JACKSON
PETITIONER
v.
D.T. MARSHALL, et al.,

CIVIL ACTION. 2:05-CV-1074-F

RECE
2005 NOV 30 9:38
DEBRA P. HACKETT
U.S. DISTR
MIDDLE DIS

MOTION TO AMEND

COMES NOW, THE PETITIONER JEFFERY J. JACKSON PRO SE MOVES THIS HONORABLE COURT IN THE ABOVE STYLE CAUS IN SUPPORT OF THIS MOTION, THE PETITIONER STATES THE FOLLOWING:

(1.) THE PETITIONER IS HELD IN DELINQUENT STATUS ON (3) THREE OFFENSE. C.C. 91-163 - BREAKING - ENTERING VEH. 13A-8-1 RECEIVING STOLEN PROPERTY 2ND 13A-8-18, THEFT OF PROPERTY 2ND 13A-8-4.

(2.) THE PETITIONER E.O.S. C.C. 91-163 ON FEBUARY 2, 2001 FROM BULLOCK CO. CORRECTIONAL FACILITY. I SHOULDN'T BE HELD IN A DELINQUENT STATUS ON THIS CASE.

3. ON JUNE 17, 2002, THEFT OF PROPERTY 2ND IT WAS DISPOSED BY NOL PRS. I SHOULDN'T BE HELD IN DELINQUENT STATUS ON THIS CASE.

(4.) ON JUNE 17, 2002, I PLEAD GUILTY TO RECEIVING STOLEN PROPERTY, 2ND, I RECIEVED A 15 YEAR SPLIT SENTENCE (3) YEARS UNSUPERVISED PROBATION, COURT. PROBATION ENDED JUNE 17, 2002. (12) YEAR WAS SUSPENDED.

(5.) THE PETITIONER CONTENDS THAT THERE SHOULD ONLY BE (1) OFFENSE THAT THE COURT HAVE JURISDICTION OVER, C.C. 91-2133, R.S.P. RECIEVING STOLEN PROPERTY

(6.) MARCH 28, 2002 - THE COURT NUNC PRO TUNC HEREBY CORRECTS THIS RECORD TO SHOW THAT THE PLEA ENTERED ON 2/14/2000 WAS ENTERED IN ERROR AND IT IS SET ASIDE. THE COURT HAS DETERMINED THAT IT WAS ANOTHER DEFENDANT WHO ENTERED THE PLEA. C.C. 99-2133. THE PLEA WAS ENTERED ON CASE NO. C.C. 91-163 AND C.C. 99-2133. ATTORNEY: JOHN W. HARTLEY MISREPRESENTED ME IN ALLOWING THE RECORD TO SHOW THAT I, JEFFERY JAMES JACKSON PLEAD GUILTY TO (3) OFFENSES FEBUARY 2ND 2000. PURSUANT TO: CASE ACTION SUMMARY.

(7.) JUDGE: SALLY M. GREENHAW ISSUED A WARRANT FOR MY ARREST FOR FAILURE TO APPEAR FOR SENTENCING ON C.C. 99-2133 AND C.C. 91-163. THE ERROR MADE FEBUARY 14TH, 2000 CAUSED ME TO BE ARRESTED UNLAWFULLY, MARCH 18TH 2002. I DIDN'T ENTER A GUILTY PLEA ON FEBUARY 14TH, 2000.

(8.) THE PETITIONER FILED A COMPLAINT WITH THE ALABAMA STATE BAR AGAINST ATTORNEY: AIMEE C. SMITH IN REGARDS TO THE GUILTY PLEA I ENTERED ON C.C. 99-2133 RECIEVING STOLEN PROPERTY 2ND. ATT: SMITH WAS APPOINTED BY THE COURT MAY 30TH 2002 ON CASE NO. C.C. 91-163, C.C. 99-2133. I WOULDN'T HAVE WAIVED MY CONSTITUTIONAL RIGHTS TO A TRIAL IF I HAD KNOWN THAT MY NAME HAD BEEN FORGED IN ORDER TO ARREST ME FOR FAILURE TO APPER FOR SENTENCIN

CONCLUSION.

IN LIGHT OF THE FOREGOING, THE PETITIONER PRAYS THAT THIS HONORABLE COURT GRANT HABEAS CORPUS RELIEF

GROUNDS:

THE STATE COURT DECISION VIOLATES CLEARLY ESTABLISHED

FEDERAL LAW, AS DETERMINED BY THE SUPREME COURT OF THE UNITED STATES AND IT INVOLVES AN UNREASONABLE APPLICATION OF ESTABLISHED FEDERAL LAW. WILLIAMS VS. TAYLOR, 529 U.S. at 404-405, 120 S.Ct. at 1519.

*Jeffery J. Jackson*
*PRO-SE*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT A TRUE AND EXACT COPY OF THE FOREGOING WAS DELIVERED TO A SHERIFF TO BE PLACED IN THE UNITED STATES MAIL BOX, LOCATED AT THE MONTGOMERY CO. DETENTION FACILITY AND PROPERLY ADDRESSED TO THE ATTORNEY GENERAL, TROY KING.

DONE THIS THE 27TH DAY OF NOVEMBER 2005.

*Jeffery J. Jackson*
*PETITIONER - PRO SE*

TROY KING - ATTORNEY GENERAL
11 SOUTH UNION ST.
MONTGOMERY, AL. 36130