State of Alabama
Unified Judicial System — Case 2:05-cv-01074-MEF-DRB   Document 7-2   Filed 11/30/2005   Page 1 of 1

Form C-7    Rev 2/79

CASE ACTION SUMMARY
CONTINUATION

Case Number
CC 99-2133

Style: State v/s Jeffery Jackson

Page Number ___ of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 10/5/01 | Motion to Set Sentencing |
| 2-25-02 | A not at DOC, Failed to appear for sentencing. Issue WOA   smg |
| 3-4-02 | Capias Issued |
| 3-18-02 | Warrant Served; file sent to Judge's Office |
| 3-28-02 | The Court Nunc Pro Tunc hereby corrects this record to show that the plea entered on 2/14/00 was in error and it is set aside. The Court has determined that it was another Defendant who entered the plea. The Defendant is released from custody and a case status is scheduled for 4/11/02 at 8:30 am. Defendant resides at 122 E. South Blvd.  smg  SALLY GREENHAW  CIRCUIT JUDGE |
| 4-11-02 | DEFENDANT FTA FOR Status hearing  ISSUE W.O.A.  smg  *Entered in error — per 3-28-02 Order |
| -16-02 | Capias Issued |
| -24-02 | Capias executed; file sent to Judge's office |

EXH