IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY JAMES JACKSON,            )
                                 )
    Petitioner,               )
                                 )
v.                               )    CIVIL ACTION NO. 2:05-CV-1074-F
                                 )
D. T. MARSHALL, et al.,          )
                                 )
    Respondents.              )

## ORDER ON MOTION

Upon consideration of the motion to amend petition filed by the petitioner on November 30, 2005 (Court Doc. No. 7), and for good cause, it is

ORDERED that:

1.  The motion to amend be and is hereby GRANTED.

2.  On or before December 27, 2005, the respondents shall file an answer addressing the claims presented in the petition, as amended.  The respondents are advised that this answer shall comply with the directives of the order entered on November 10, 2005 (Court Doc. No. 4).

3.  The respondents are GRANTED an extension from December 6, 2005 to and including December 27, 2005 to file an answer in compliance with the order entered on November 10, 2005 (Court Doc. No. 4).

The Clerk is hereby DIRECTED to provide a copy of the amendment filed by the

petitioner on November 30, 2005 (Court Doc. No. 7) to Sheriff D. T. Marshall and the

Attorney General for the State of Alabama.

Done this  2nd   day of December, 2005.




**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE