

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY JAMES JACKSON, | ] | |
| Petitioner, | ] | |
| | ] | |
| v. | ] | Civil Action No.:  2:05-CV-1074-F |
| | ] | |
| D.T. MARSHALL, et al., | ] | |
| Respondents. | ] | |

## MOTION TO SUBSTITUTE AFFIDAVIT

COMES NOW Respondent D.T. Marshall, and requests that this Honorable Court allow him to substitute the original affidavit of Gina Savage for the copy of the Affidavit that was filed with the Court on December 6, 2005.  Respondent shows as follows:

1. Respondent was unable to obtain the original signed Affidavit of Gina Savage on December 6, 2005, so that it could be filed with the Court.  A copy of the signed Affidavit was faxed to counsel for the Respondent and was filed as an attachment to the Respondent's Answer to the Petition for Writ of Habeas Corpus on December 6, 2005.

2. Allowing Respondent to substitute the original for the copy that was filed with the court on December 6, 2005, will not prejudice any of the parties to this case.

WHEREFORE, THE PREMISES CONSIDERED, Respondent respectfully requests that this Court grant this Motion to Substitute Affidavit by allowing Respondent to substitute the attached original affidavit of Gina Savage for the copy that was filed

with the Court on December 6, 2005 as an attachment to the Respondent's Answer to the Petition for Writ of Habeas Corpus.

_____
Thomas T. Gallion, III (GAL010)
Constance C. Walker (WAL144)
Attorneys for Respondent D.T. Marshall

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
Post Office Box 4660
Montgomery, Alabama  365103-4660
334-265-8573
334-264-7945 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the foregoing upon the following by placing a copy of the same in the United States mail, postage prepaid on this ___9___ day of December, 2005, and addressed as follows:

Jeffery J. Jackson
Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama  36103

James B. Prude, Esq.
Office of the Attorney General
State of Alabama
Alabama State House
11 South Union Street
Montgomery, Alabama  36130-0152

_____
Of Counsel