IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY JAMES JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-1074-F |
| | ) | |
| D. T. MARSHALL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to substitute affidavit filed by the respondents on December 9, 2005 (Court Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 12th day of December, 2005.


/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE