ALABAMA JUDICIAL INFORMATION CENTER

## CASE ACTION SUMMARY
## CIRCUIT CRIMINAL

CASE: CC 91 000163 00

---

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY | JUDGE: JDP

STATE OF ALABAMA                VS         JACKSON JEFFERY
                                           562 ROSA PARK
CASE: CC 91 000163 00                      MONTGOMERY AL

---

| | |
|---|---|
| CHARGE: B&E VEH; TOP 3   TYPE: F | DATE WAR/CAP ISSUED: __/__/__ |
| LITERAL: BREAKING & ENTERING-UNLAWF | DATE ARRESTED: 11/14/90 |
| DEFENDANT STATUS: JAIL _James Smith_ A | DATE HEARING: __/__/__ |
| DEFENSE ATTORNEY: CAMERON, JOHN OLIVER | DATE RELEASED: __/__/__ |
| PROSECUTOR: STONER, ALLEN RICHARD | DATE ARRAIGNED: 01/23/91 |
| OFFICER: 375   COUNSEL: A | DATE TRIAL: _____ TIME: |
| DATE OF BIRTH: 05/12/58 | BOND/TYPE SURETIES: JAIL |
| RACE: B   SEX: M | BOND AMOUNT: $750 .00 |
| ALIAS NAME: _____ | DATE INDICTED: 01/11/91 |
| AGENCY: MMPD | DATE FILED: 01/15/91 |
| DC CASE NUMBER: DC 90 005236 00 | WORTHLESS CHECK NO: _____ |
| GRAND JURY NUMBER: 150 | COURT REPORTER: _____ |
| ADDITIONAL INFORMATION AND REMARKS: | SID NO: |

_April 3c_

---

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-23-91 | w/o filed |
| 1-15-91 | Motion for Discovery filed |
| 4-11-91 | Motion to transfer to Judge Gordon |
| 4-25-91 | Motion to Set for Trial filed |
| 4-30-91 | This Defendant comes before the Court with attorney of record. The Court on the record, fully explained to Defendant all Constitutional rights. The Court is convinced that Defendant comes into the Court voluntarily and understands all Constitutional rights. Exhibit A is signed by Defendant and the record affirmatively shows colloquy between the Judge and Defendant as to Defendant's full and complete understanding as to Constitutional rights and as to all of the effects that a guilty plea effects and the consequences thereof. Upon the conclusion of said colloquy the Court accepts the guilty plea and finds the Defendant guilty of: _____ B&E Vehicle TOP 3 and enters a judgement of guilt Sentencing date is: MAY 16 1991 8:00 [signature] CIRCUIT JUDGE |

EXHIBIT
A

State of Alabama
Unified Judicial System

**CASE ACTION SUMMARY**
**CONTINUATION**

Case Number
91-163
ID    YR    Number

Form C-7  Rev. 2/79

Style:    *State v. Jeffrey Jackson*    Page Number _____ of _____ Pages

**DATE** | ACTIONS, JUDGMENTS, CASE NOTES

~~June 11, 1991~~

~~The Defendant appears in court with his attorney of record for~~
sentencing.  The Court having asked the Defendant if he had
~~anything to say as to why the sentence of law should not now be~~
pronounced upon him, and having had his say, the Court sentences
~~the Defendant as follows:~~

~~Count I:  To twelve months in the county jail, to run~~
concurrently with Count II herein.

Count II:  To fifteen (15) years in the penitentiary penitentiary
~~under the Habitual Offender Law to run concurrently with~~
~~Count I herein.~~  Pursuant to the Split Sentence Act (Alabama Code
~~15-18-8, as amended), this sentence is suspended upon the~~
following conditions:

1.   The defendant spend three (3) full years is the penitentiary
~~to be returned to the Court for review prior to release from~~
incarceration.  The Defendant is to serve the time remaining on
~~his sentence after incarceration on supervised probation - that~~
is, the defendant is to spend three (3) years on supervised
~~probation.~~

~~2.  The court orders the defendant to pay court costs, attorney's~~
fees, and $50.00 to the Victims Compensation Fund, and
~~restitution in the amount of $22.25.  These court ordered~~
payments are to be collected by the Department of Corrections
~~from any funds which the defendant becomes entitled while in the~~
penitentiary whether such funds are to his credit in a welfare
~~fund, inmate fund or in any other source whatsoever.~~  An amount
equal to one-half of the gross amount of such finds shall be
~~collected by the penitentiary and shall be forwarded to the~~
Circuit Clerk of this Court monthly to be disbursed by the Clerk
~~according to law.~~

~~3.  The court shall set additional conditions of probation at the~~
review hearing upon the defendant completing his period of
~~incarceration.~~

                                   JOSEPH D. PHELPS, CIRCUIT JUDGE

BK _____ PG _____



| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 6-21-94 | Dy. need to be brought in from D.O.C. —Delinquent— and Winston Durant to represent him, reset for |



| State of Alabama<br>Unified Judicial System<br><br>Form C-7 Rev. 2/79 | **CASE ACTION SUMMARY**<br>**CONTINUATION** | Case Number<br><br>CC-91-163<br>ID    YR        Number |
| --- | --- | --- |

Style:    JEFFERY JACKSON                    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
| --- | --- |
| 3/23/95 | Defendant appeared with attorney for Sentence Review.  ORDERED as follows:<br> 1.  Split sentence revoked and amended to straight 15 year sentence to run~~concurrent and coterminus~~ with CC-81-723.<br> 2.  To receive credit for time served as allowed by law.<br> 3.  To receive "Good Time" credit as allowed by law.<br><br>SALLY GREENHAW, CIRCUIT JUDGE |
| 3-28-02 | Δ appeared, status set 4-11-02 @ 8:30<br>SMG |
| 4-11-02 | DEFENDANT FTA FOR ISSUE W.O.A.  Status hearing<br>SMG |
| 4-16-02 | Capias Issued |
| 5-24-02 | Capias executed. File sent to Judge's Office |
| 5-28-02 | Δ appeared, admitted he had FTA for review, ~~was k~~ jobless + homeless.  Continue to 5-30-01 @ 8:30 |
| 5-30-02 | See Order; Δ shall remain in delinquent status<br>SMG |
| 1-17-02 | Probation reinstated, Review 7-22-02 |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7    Rev 2/79 | | CC-91-163 |

**Style:** State of Ala. vs. Jackson Jeffrey    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 6/5/02 | Motion for production of discovery |
| 6/5/02 | Notice of appearance |
| 6/6/02 | Notice of Discovery |
| 7-22-02 | Defendant appeared for Review. Copy of ORDER TO APPEAR given to Defendant in Open Court for 8/29/02 at 4 am/pm.    make payment on 7-26-02    smg    SALLY GREENHAW, Circuit Judge |
| 8-30-02 | DEFENDANT FTA FOR Review; no payments ISSUE W.O.A.    made    smg |
| 9-4-02 | Capias Issued |
| 9-16-02 | Capias Executed on 9-14-02; File To Judge |
| 9-30-02 | Δ is released from 10:30 A - 3:30 PM to see about a job. Δ stated he did not report because he had no Transportation    Status 10-1-02 @ 8³⁰    smg |
| 10-1-02 | Δ appeared, has a job. Work Release from 5A-5P M-F. Review 10-21-02 @ 8³⁰    smg |

| | |
|---|---|
| **State of Alabama**<br>**Unified Judicial System**<br>Form C-7    Rev 2/79 | **CASE ACTION SUMMARY**<br>**CONTINUATION** |

**Case Number**

CC- 91-163

Style: _____

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 10-28-02 | Δ has had no success at finding a job with the temp. service or finding housing. Δ to be released Monday 1-5 & Tues & Wed from 4-3 to look for work & housing. Review 10-31-02 @ 8³⁰ SMG |
| 10-31-02 | Δ released on probation & stay with Rev. Browder. Review for payment plan 11-25-02 @ 8³⁰ SMG |
| 11-25-02 | Defendant appeared for Review. Copy of ORDER pd $10.00 TO APPEAR given to Defendant in Open Court for 12/5/02 at 8³⁰ am/pm. SMG SALLY GREENHAW, Circuit Judge |
| 12-5-02 | Δ appeared. Review 1-23-03 @ 4 pm. Δ Smith's Mt. to Withdraw granted SMG |
| ● 1-23-03 | DEFENDANT FTA FOR Review or pay |
| for 5-6-03 | ISSUE W.O.A. |
| 5-7-03 | Capias Issued |
| 2-19-04 | Capias executed 2-18-04; File to Judge. |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7    Rev 2/79 | | 91-163  TMI |

Style: *Jeffery Jackson*

Page Number _____ of _____ Page

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-23-04 | |
| | Delinquency report filed by the Court and based on the record Defendant is declared delinquent ~~and arrested~~ for: |
| | ✓ Failure to report |
| | ✓ Failure to pay court ordered monies |
| | Failure to pay supervision fees    *Robbery, Murder* |
| | ✓ ~~Arrested on new charges~~ |
| | Failure to avoid injurious habits |
| | ✓ Changing residences without permission |
| | ✓ Failure to comply with Court orders |
| | Failure to attend and/or complete program |
| | *D shall remain in delinquency status pending outcome of new charges* |

SPLIT SENTENCE - NO REVERSE:    The Court sentences the defendant to _15_ years in the penitentiary. *under W. Offender* Pursuant to the Split Sentence Act (Alabama Code 15-18-8, as amended), this sentence is suspended upon the following conditions:

1. The defendant spend _3_ full years in the penitentiary to be returned to the court for review prior to release from incarceration. The defendant is to serve the time remaining on his/her sentence after incarceration on supervised probation - that is, the defendant is to spend _3_ years on supervised probation.

2. The court orders the defendant to pay attorney's fees, court costs, and $ _50 ᶜ_ to the Victims Compensation Fund and restitution in the amount of $ _22 ²⁵_. These court ordered payments are to be collected by the Board of Corrections from any funds which the defendant becomes entitled while in the penitentiary, whether such funds are to his/her credit in a welfare fund, inmate fund or in any other source whatsoever. An amount equal to one half of the gross amount of such funds shall

be collected by the Department of Corrections and shall be forwarded to the Circuit Clerk of this Court monthly to be disbursed by the Clerk according to law.

3. The court shall set additional conditions of probation at the review hearing upon the defendant completing his/her period of incarceration.

TOP- 12 MOS CC

THE STATE OF ALABAMA

v.

JEFFERY JACKSON

b/m, 5/12/58,  562 Rose Parks Ave.

SID W00732436,  ARREST DATE  11/14/90

FOR

B & E VEHICLE, TOP III

NO. 91-163-PH

CC

A TRUE BILL

Foreperson of Grand Jury

No Prosecutor

BAIL IN THIS CASE IS FIXED AT

$ 750

Judge of Circuit Court of Montgomery County

GJ NO. 150

April 30, 91
April 4

Presented in open Court by the Foreperson of
the Montgomery County Grand Jury in the
presence of _____ 15 _____ other members
of the Grand Jury and filed this _____ 11 _____ day
of _____ Jan _____, 19 91.

Debra P. Hackett

Clerk of the Circuit Court of Montgomery County

WITNESSES

Tawanna Dubose, 3643 Southmont # 40
P. L. Fleming, MPD
Annette Felder, 512 Grady St.
B. T. James, MPD
C. S. Johnson, MPD

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ January _____ Term, A.D. 199 1 ___ .

The Grand Jury of said County charge that, before the finding of this indictment,

JEFFERY JACKSON,

whose name is otherwise unknown to the Grand Jury, did knowingly obtain or
exert unauthorized control over lawful currency and/or coinage of the
United States of America, a better description of which is unknown to the
Grand Jury, of the value of $15.00, the property of Tawanna Dubose, with
intent to deprive the owner of the property, in violation of Section
13A-8-5 of the Code of Alabama, against the peace and dignity of the State
of Alabama.

COUNT II:    The Grand Jury of said County further charge that, before the
             finding of this indictment,

JEFFERY JACKSON,

whose name is otherwise unknown to the Grand Jury, did, without the consent
of the owner, Tawanna Dubose, break into and enter a vehicle, or any part
of the vehicle, one 1989 Nissan, a better description of which is unknown
to the Grand Jury, the property of Tawanna Dubose, with the intent to
commit any felony or theft, Theft of Property, in violation of Section
13A-8-11 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama.

4-C-3

NO.    GJ  150

## Circuit Court of Montgomery

## CAPIAS

### THE STATE

**vs.**

JEFFERY JACKSON
B/M   5-12-58    562 ROSA PARKS AVE

**Witness**

Received in office____ day of _____, 19___

_____
**Sheriff**

Executed by_____

EXECUTED BY READING THE
WITHIN CAPIAS TO THE
DEFENDANT WHO IS NOW IN JAIL

This _14_ day of _____, 19_91_

_M S Butle_
**Sheriff**

_W E Butle_
**Deputy Sheriff**

**Bail in this case is fixed at**

$   750.00

### Debra P. Hackett

Clerk of the Circuit Court of Montgomery County

THE STATE OF ALABAMA
MONTGOMERY COUNTY }

No. _____ GJ   150

To any Sheriff of the State of Alabama — GREETING:

Capias

An indictment having been found at the _____ JAN 14 1991 _____ Term, 19 ____, of

the Circuit Court of Montgomery County, against _____ JEFFERY JACKSON _____

for the offense of _____ B  &  E  VEHICLE , TOP III _____, Defendant

You are therefore commanded forthwith to arrest the said defendant and commit him/her to jail, unless

he gives you bail to answer such indictment, and that you return this writ according to law.

Witness: DEBRA P. HACKETT, Clerk of the Circuit Court of Montgomery County, this date.

_Debra P. Hackett_
Clerk

JAN 14 1991
Date

105-144

 

~~Appealed~~ Transferred  ~~Bound Over~~  ~~WARRANT~~  ~~PRETRIAL~~

# TRANSCRIPT TO CIRCUIT COURT

The State of Alabama ⎱
Montgomery County ⎰

DISTRICT COURT OF
MONTGOMERY COUNTY

No. DC90-5236

### THE STATE
### VS.

Jeffery Jackson .......................    CHARGE: Unlawful Breaking and Entering a V

Witness for State.

Tawanna Dubose ..............................

P.L. Fleming, MPD ..........................

11-14-90 ................ Warrant issued and delivered to Sheriff.

11-14-90 ................ Warrant executed by arresting the defendant and committing him to
jail. ~~Xxxxxxxxxxxxxxxxxxxxxxx~~

............... Bond $ ........... approved and filed. Sureties.

............... Defendant tried, convicted and fined ....................... Dollars
and the cost of the prosecution.

............... On preliminary examination, defendant bound over to await the action
of the Grand Jury and bond fixed at ....................... Dollars.

............... Defendant appealed to the present term of the Circuit Court and bond
fixed at $ .......................

............... Bond $ ....................... Approved and filed. Sureties.

............... Accepted Pre-Trial

12-17-90 ............... No Preliminary requested, case transferred to D.A.   $750.00

#### Bill of Cost.

Docket Fee —————————            Witness Subpoena —————————

Preliminary Hearing —————————       Witness Fee —————————

Demand for Trial by Jury —————————    Library Fee —————————

TOTAL —————————

### CERTIFICATE TO TRANSCRIPT

To the Clerk and the Circuit Court:
   I hereby certify that the foregoing is a full, complete and exact transcript from my docket of the
judgement and proceedings in the above clause, and I herewith send to the Circuit Court all the
original and other papers pertaining to the said cause.

Given under my hand this .... 21st ..... day of ... December .... 19 .. 90 .......

# The State of Alabama,
## Montgomery County

### DISTRICT COURT OF
### MONTGOMERY COUNTY

Before me, the undersigned Judge or Magistrate Clerk of the DISTRICT COURT OF MONTGOMERY COUNTY, personally appeared

Tawanna Dubose

who being duly sworn, deposes and says, on oath, that in said County, on or about ___ Novmeber 14  1990

one___ Jeffery Jackson ___, did without the consent of the

owner,    Tawanna Dubose                              break into and enter a vehicle,

to-wit:    1989 Nissan Sentra                         or any part of the said

vehicle with the intent to commit any felony or theft therein, to-wit:

Theft of Property

in violation of 13A-8-11 of the Code of Alabama, 1975

against the peace and dignity of the State of Alabama ___

Sworn to and subscribed before me, this
14th     Nvoember     199_

_Tawanne M. DuBo_

_Judge—Clerk Magistrate_

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

You are hereby commanded to arrest ___ Jeffery Jackson

and bring him / her before the DISTRICT COURT OF MONTGOMERY COUNTY, to answer the State of Alabama on a charge of

UNLAWFUL BREAKING AND ENTERING A VEHICLE

Jeffery jackson

and have you then and there this writ with your return thereon ___

Witness my hand, this the    14th    day of    November    , A.D. 19  90

Magistrate

District Court of Montgomery

## DISTRICT COURT
## MONTGOMERY COUNTY

WARRANT
LOG NUMBER: *1724-90*

NAME  Jeffery Jackson B/M          OFFENSE  Unlawful B&E of a Vehicle

(DEFENDANT) DOB:  5-12-58

ADDRESS  562 Rosa Parks Ave.

DATE & TIME OF OFFENSE  11-14-90          1430

PLACE OF OCCURRENCE     512 Grady St.

PERSON OR PROPERTY ATTACKED  Property

HOW ATTACKED  Unlawfully Entered

DAMAGE DONE OR PROPERTY ATTACKED

VALUE OF PROPERTY

DETAILS:  Jeffery Jackson   did, without the consent of the owner,

Tawanna Dubose       break into and enter a vehicle,

1-89 Nissan Sentra

or any part of said vehicle with the intent to commit any
theft therein, to-wit, U.S. Currency        valued at

$15.00   , in violation of 13A-8-11 of the code of Alabama,
against the peace and dignity of the State of Alabama.


On the above date and time the subject listed above was
observed by the victim as he entered her vehicle without
authorization, and stole $15.00. The subject then exited
the vehicle and ran. Subject was later taken into custody
by a patrol unit, and positively identified.
Subject gave full confession.


I make this affidavit for the purpose of securing a warrant against the said
    Jeffery Jackson          I understand that I am instituting a criminal proceedings and can-
not drop the case. I further understand that if any of the foregoing facts are untrue I may, in addition to
any other punishment provided by law, be taxed with court costs in this proceeding.

                                    _Lawanna N. DuBose_
                                          Complainant

SWORN to and subscribed before me this  14th  day of  November 1990

                                    _Dutter S. Heaton_
                                    Judge · Clerk · Magistrate

WITNESSES:

                                    DISTRICT COURT

R-84 (Rev. 08-31-1999)    ●    **FINAL DISPOSITION REPORT**    ●    | Leave Blank |

Note: This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted thereon. If no final disposition is available to arresting agency, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: FBI, CJIS Division, Clarksburg, WV 26306.
(See instructions on reverse side)

FBI No.

| | Final Disposition & Date |
| | (If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.) |

Name on fingerprint Card Submitted to FBI
Last        First        Middle

JACKSON, JEFFERY JAMES

Date of Birth        05/12/58        Sex    M

Henry
Fingerprint
Classification
From FBI 1-B Response

| State Bureau No. (SID) | Social Security No. (SOC)  418965722 | This Form Submitted By: (Name, Title, Agency, ORI No., City & State) |

Contributor of Fingerprints (Include complete name and location of agency together with ORI number.)

Sheriff's Office
Montgomery, AL
AL0030000

Signature

Title

| Arrest No. (OCA)  16703 | Date Arrested or Received  02/18/2004 | ☐ COURT ORDERED EXPUNGEMENT:  Certified or Authenticated Copy of Court Order Attached. |

Offenses Charged at Arrest

```
20040218 ROBBERY I 04F-305
20040218 MURDER 04F-306
20040218 FTA BREAKING & ENTERING VEHICLE CC91-163
20040218 FTA T.O.P. II/REC STOLEN PROP II CC99-2133
```

ACR350

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF MONTGOMERY COUNTY

6?995 - I

ALIAS WARRANT
JID: SARAH M. GREENHAW

CC 1991 000163.00

THE STATE OF ALABAMA          VS JACKSON JEFFERY

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: JACKSON JEFFERY
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: BREAK/ENTER VEHICLE        - FELONY

WITNESS MY HAND THIS          MAY  7, 2003.

BOND SET AT: NO BOND          -          _____
                                         JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:

1014 BRAGG STREET                 HT: 600    WT: 170
                                  HAIR: BLK    EYE:
MONTGOMERY        , AL 36108 0000  BIRTH DATE: 05/12/1958
                                  RACE: B      SEX: M
                                  SID#: 007924360
                                  SSN#: 418965722

    ALIAS:  JACKSON JEFFERY JAMES

    EMPLOYER: _____     PHONE NO: _____

    TICKET NUMBER:                  AGENCY/OFFICER: MMPD/37/5

NOTE: DEF FTA OR PAY

THIS APPEARS TO BE A VALID ADDRESS

    OFFICERS RETURN:
    RECEIVED ON _____

    EXECUTED ON  2/18/04 _____     BY: _____

    ( ) DEFENDANT ARRESTED, RELEASED ON BOND
    (X) DEFENDANT ARRESTED, IN JAIL
    ( ) DEFENDANT ARRESTED, NOT BOOKED
    ( ) NOT FOUND
    ( ) OTHER _____
    _____          _____
    SHERIFF                       OFFICER

OPERATOR:REG
PREPARED:05/07/2003

STATE OF ALABAMA,            *     IN THE CIRCUIT COURT OF

    Plaintiff,              *     MONTGOMERY COUNTY, ALABAMA

VS.                          *     CASE NO. CC 91-1163 _____ TMH

Jeffery J. Jackson,         *     _____ 99-2133 _____

    Defendant.              *

## ORDER

It is hereby **ORDERED, ADJUDGED and DECREED** that this matter is set for a Restitution & Review Hearing on February 20 _____, 2003 at 4⁰⁰ p. m., Courtroom 3-A, Montgomery Courthouse, 251 South Lawrence Street, Montgomery, Alabama.

**Defendant is required to be present at said hearing and if Defendant fails to appear a WRIT OF ARREST shall be issued.**

Done this the 4th day of February, 2003.

_____
TRUMAN M. HOBBS, JR.
CIRCUIT JUDGE

cc:  _____ Restitution Officer, Office of the District Attorney

    ✓ Defendant by mail 562 Rosa Parks
    Montgomery 36.104

    _____ Counsel for Defendant _____

RECEIVED
2-25-03

JUDGE TRUMAN M. HOBBS, JR.
CIRCUIT COURT OF MONTGOMERY COUNTY
MONTGOMERY COUNTY COURTHOUSE
251 S. LAWRENCE ST.
Post Office Box 1667
MONTGOMERY, ALABAMA 36102-1667

JEFFREY JACKSON
562 ROSA PARKS AVE
MONTGOMERY, AL 36104

36105/3036

NO SUCH NUMBER

STATE OF ALABAMA,                    *       IN THE CIRCUIT COURT OF

    Plaintiff,                       *       MONTGOMERY COUNTY, ALABAMA

VS.                                  *       CASE NO. CC 91-163 ___ TMH

Jeffery J. Jackson,                  *       _____ 99-2133 _____

    Defendant.                       *

## ORDER

    It is hereby **ORDERED, ADJUDGED and DECREED** that this matter is set for a Restitution & Review Hearing on February 20 ___, 2003 at 4:00 p. m., Courtroom 3-A, Montgomery Courthouse, 251 South Lawrence Street, Montgomery, Alabama.

    **Defendant is required to be present at said hearing and if Defendant fails to appear a WRIT OF ARREST shall be issued.**

    Done this the 4th day of February, 2003.

                        TRUMAN M. HOBBS, JR.
                        CIRCUIT JUDGE

cc:  ____ Restitution Officer, Office of the District Attorney

     ✓ Defendant by mail  562 Rosa Parks
                      Montgomery 36104

     ____ Counsel for Defendant _____



RECEIVED
2-4-03

ACR350 
ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF MONTGOMERY COUNTY

ALIAS WARRANT                              CC 1991 000163.00
JID: SARAH M. GREENHAW

THE STATE OF ALABAMA          VS JACKSON JEFFERY

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: JACKSON JEFFERY
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: BREAK/ENTER VEHICLE      - FELONY

WITNESS MY HAND THIS SEPTEMBER 4, 2002.

BOND SET AT: NO BOND

_Melissa Rittenour_
JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:            DEFENDANT'S DESCRIPTION:

562 ROSA PARK                  HT: 511   WT: 171
                               HAIR: BLK   EYE:
MONTGOMERY      , AL 36104 0000   BIRTH DATE: 05/12/1958
                               RACE: B     SEX: M
                               SID#: 007924360
                               SSN#: 418965722

  ALIAS:

  EMPLOYER: _____   PHONE NO: _____

  TICKET NUMBER:                AGENCY/OFFICER: MMPD/37/5

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

---

  OFFICERS RETURN:
  RECEIVED ON _____

  EXECUTED ON _09-14-02_____       BY: _B-C-SCHLEMMER 12446 MPD_

  ( ) DEFENDANT ARRESTED, RELEASED ON BOND
  ( ) DEFENDANT ARRESTED, IN JAIL
  ( ) DEFENDANT ARRESTED, NOT BOOKED
  ( ) NOT FOUND
  ( ) OTHER _____

                                    _____ 12446 MPD
  SHERIFF _____   OFFICER

OPERATOR:REG
PREPARED:09/04/2002

R-84 (Rev. 8-11-99)



**FINAL DISPOSITION REPORT**

Leave Blank

Note: This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted thereon. If no final disposition is available to arresting agency, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: FBI, CJIS Division, Clarksburg, WV 26306.
(See Instructions on reverse side)

FBI No.

Name on Fingerprint Card Submitted to FBI
JACKSON          First          Middle
        JEFFREY          JAMES

Date of Birth  05/12/1958          M
                                   Sex
Henry
Fingerprint
Classification
From FBI 1-B Response

State Bureau No. (SID)          Social Security No. (SOC)
                               418965722

Contributor of Fingerprints (Include complete name and location of agency, together with ORI number.)

SHERIFF'S OFFICE
MONTGOMERY, AL
AL0030000

Arrest No. (OCA)          Date Arrested or Received
57131                     09/14/2002

Offenses Charged at Arrest
DB 50X50G4 1133R5 #ng5212 04:03:41
FTA/THEFT OF PROPERTY II/RE
C STOLEN PROPERTY II
FTA/BREAK&ENTER VEHICLE
CC91-163

If additional space is needed, check ☐ and continue on reverse side of this form.

Final Disposition & Date
(If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.)

CC 91-163

This Form Submitted By:
(Name, Title, Agency, ORI No., City & State)

Signature          Date

Title

☐ COURT ORDERED EXPUNGEMENT:

Certified or Authenticated Copy of Court Order Attached.

5601LD #np3162 20020914-04:43
SCR

**IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
MONTGOMERY COUNTY, ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CC No. 99-2133-SMG** |
| | ) | |
| **JEFFERY JACKSON,** | ) | |
|     **Defendant.** | ) | |

**NOTICE OF DISCOVERY**

COMES NOW the State of Alabama by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and gives notice of discovery to the defendant, notice of intent to use prior convictions, notice of intent to invoke sentencing enhancements, notice of intent to offer proof by a certificate of analysis, and motion for discovery by the State:

(   ) 1.    Pursuant to Rule 16.1, A.R.Cr.P., and as otherwise required by law, all available discovery has been provided or made available to the Defendant. Arrangements to inspect physical evidence may be made by contacting the undersigned.

The State of Alabama has furnished a copy of the discovery by sequentially Bates numbered pages from 000001 thru 0000 _**79**_ . (Pages _____ have not been provided as they are either work product and/or NCIC, which cannot be provided pursuant to state law, unless ordered by the Court). The State of Alabama considers this discovery material to have been received _in its entirety_ by Defense Counsel unless promptly notified in writing of any discrepancies.

( ✓ ) 2.    The State of Alabama intends to use at trial any and all prior convictions, crimes, wrongs, or acts of the Defendant permitted by Rules 404(b) and 609 of the _Alabama Rules of Evidence_, and as otherwise allowed by law. The State of Alabama is presently aware of, and intends to use, the following:

    Assault II 81-124 _____

    Grand Larceny - 80-303 _____

TOP III/BEMV - 91-0163 _____

    Grand Larceny - 80-302 _____

    Robbery I - 81-723 _____

    TOP II 99-2133 _____

State of Alabama v. Jeffery Jackson
Motion for Discovery
June 6, 2002
Page 2 of 2

( ✓ ) 3.    The State of Alabama intends to invoke all sentencing enhancements required or permitted by law, including the Habitual Felony Offender Act, pursuant to §13A-59-9, Code of Alabama, 1975, based on any applicable felony convictions known or any which may subsequently be discovered and/or disclosed. And, if applicable, the following:

    (___)  Enhancement for use of firearm or deadly weapon. Minimum term of imprisonment of _____ years.
    (___)  Five Year enhancement for Sale of Drugs within three (3) miles of a school, §13A-12-250.
    (___)  Five Year Enhancement for Sale of Drugs within three (3) miles of housing project, §13A-12-281.
    (___)  $1,000.00 Fine, §13A-12-281.
    (___)  $2,000.00 Fine, §13A-12-281.
    (___)  Suspension of Driver's License, §13A-12-290.
    (___)  Five Year Enhancement for Possession of Firearm, §13A-12-231(13).

(___) 4.    Pursuant to §§ 12-21-300 through 303, Code of Alabama, 1975, written notice is hereby given of the State's intent to offer proof by a certificate of analysis in lieu of direct testimony. The certificate of analysis is from the Alabama Department of Forensic Sciences and a copy is included in the discovery material.

( ✓ ) 5.    Pursuant to Rules 16.2 and 16.4(c), A.R.Cr.P., and as otherwise required by law, the Defendant is to provide the State of Alabama, within seven (7) days, a copy of all discovery to which it is entitled.

Respectfully submitted this 6th day of June , 2002.

                            ELEANOR I. BROOKS
                            DISTRICT ATTORNEY

                   By:    Vernetta R. Perkins
                            Vernetta R. Perkins (PER067)
                            Deputy District Attorney

State of Alabama v Jeffery Jackson
Motion for Discovery
June 6, 2002
Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the Honorable Aimee Smith, Attorney for the Defendant, by hand delivery or by placing same in the appropriate Courthouse Box, or by posting in the United States mail, postage prepaid and properly addressed, on the 6th day of June, 2002.

ELEANOR I. BROOKS
DISTRICT ATTORNEY

By: Vernetta R. Perkins

Vernetta R. Perkins (PER067)
Deputy District Attorney

S.O.

# IN THE CIRCUIT COURT OF
## MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,                     )
                                      )
    Plaintiff,                     )
                                      )
vs.                                   )   CASE NO. CC-1999-2133-SMG and
                                      )       CC-1991-163-SMG
JEFFREY J. JACKSON,                   )
                                      )
    Defendant.                     )

## NOTICE OF APPEARANCE

Please take notice that Aimee C. Smith hereby gives Notice of Appearance as appointed counsel of record for the Defendant, Jeffrey J. Jackson, in the above-styled case.

**Respectfully submitted** on this the ___4th___ day of June, 2002.



AIMEE C. SMITH   (SMI220)
111 Washington Avenue, 1st Floor
Montgomery, Alabama 36104
(334) 264-6466

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Appearance has been served, by hand delivery, or by placing a copy of the same in the court house box for the following:

Will Powell, D.D.A.
District Attorneys Office
Post Office Box 1667
Montgomery, AL 36104

Done this ___4th___ day of June, 2002.

OF COUNSEL

140-02NotApp1.1

ORIGINAL

# IN THE CIRCUIT COURT OF
## MONTGOMERY COUNTY, ALABAMA

S.O.

STATE OF ALABAMA,               )
                                )
    Plaintiff,                  )
                                )
vs.                             )   CASE NO. CC-1999-2133-SMG and
                                )   CC-1991-163-SMG
JEFFREY J. JACKSON,             )
                                )
    Defendant.                  )

## MOTION FOR PRODUCTION OF DISCOVERY

Defendant, by and through AIMEE C. SMITH, attorney of record, hereby requests the State of Alabama, in compliance with Rule 16.1 *Alabama Rules of Criminal Procedure*:

1.    To produce and/or permit the defendant to inspect and copy any written or recorded statements made by the defendant, and/or any co-defendant, to any law enforcement officer, official, or employee which are within the possession, custody, or control of the State, the existence of which is known to the District Attorney, and which the State intends to offer into evidence at trial.

2.    To disclose to the defendant the substance of any oral statements made by the defendant, and/or any co-defendant, before or after arrest, to a law enforcement officer, official or employee, which the State intends to offer into evidence at trial.

3.    To produce and/or permit the defendant to analyze, inspect and copy or photograph books, papers, photographs, tangible objects, controlled substances, buildings or places, video tapes, or portions of any of these things, which are within the possession, custody or control of the State and:

    (a)    Which are material to the preparation of defendant's defense; and

    (b)    Which are intended for use by the State as evidence at the trial; and

    (c)    Which were obtained from, or belong to, the defendant.



4.    To produce and/or permit the defendant to inspect and to copy any results or reports of physical or mental examinations or scientific tests or experiments, if the examinations, tests, or experiments were made in connection with the particular case, and the results or reports are within the possession, custody, or control of the State, and their existence is known to the District Attorney.

5.    If prior to or during trial the District Attorney discovers additional evidence or decides to use additional evidence, which evidence has been subject to discovery, he shall promptly notify the court and the defendant of the existence of the additional evidence.

**Respectfully submitted** on this the ___4th___ day of June, 2002.

_____
**AIMEE C. SMITH  (SMI220)**
111 Washington Avenue, 1st Floor
Montgomery, Alabama 36104
(334) 264-6466

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Discovery has been served, by hand delivery, or by placing a copy of the same in the court house box for the following:

Will Powell, D.D.A.
District Attorneys Office
Post Office Box 1667
Montgomery, AL 36104

Done this __4th__ day of June, 2002.

_____
OF COUNSEL

140-02M4Disc1.1

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,          *
                           *
    Plaintiff,        *
                           *
v.                         *    CASE NO. CC-91-163 GR
                           *             CC-99-2133
JEFFREY J.JACKSON,         *
                           *
    Defendant.        *

## ORDER

This matter is before the Court on Mr. Hartley's Oral Motion for Leave to Withdraw as counsel for Defendant due to conflict. The Court having considered the motion, it is ORDERED as follows:

1.  That the Motion for Leave to Withdraw is due to be and is hereby granted and Mr. Hartley is relieved of his appointment.

2.  That Aimee C. Smith is appointed to represent the above-named Defendant in any and all pending criminal matters.

DONE this the 30th day of May, 2002.

_____
SALLY GREENHAW
CIRCUIT JUDGE

cc:  Will Powell
     Wiley Hartley
     Aimee C. Smith



RECEIVED
6-4-02
CIRCUIT COURT CLERK

JEFFREY J. JACKSON 5/12/58         AIS 128248

CC-99-2133, TOP 2 RSP 2
3-13-98  Parole Granted
1/19/2000--PAROLE REVOKED ON 81-723/724  ROB I & ASSAULT 2

2/2/01 – EOS SENTENCE

2/14/00—Def. appeared from the Jail, requested a trial,  M. Dukes stated the Victims
          were "snow birds" from Indiana and the trial was continued

          Court Reporter records do not show a plea was entered on 2/14/00

          A plea was taken however on  WILLIAM JACKSON, 99-1624 for B&E/TOP 3
          And sentencing took place3/13/00

Correspondence from Def. in the file indicates he was at Bullock Corr. On 4/27/00

 

ACR350                 ALABAMA JUDICIAL DATA CENTER
                   CIRCUIT COURT OF MONTGOMERY COUNTY

          ALIAS WARRANT                    CC 1991 000163.00
                    JID: SARAH M. GREENHAW

---

THE STATE OF ALABAMA          VS JACKSON JEFFERY

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: JACKSON JEFFERY
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: BREAK/ENTER VEHICLE       - FELONY

WITNESS MY HAND THIS      APRIL 16, 2002.

                                   Melissa Rittenow
BOND SET AT: NO BOND       -       JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:

562 ROSA PARK                     HT: 511   WT: 171
                                  HAIR: BLK    EYE:
MONTGOMERY       , AL 36104 0000  BIRTH DATE: 05/12/1958
                                  RACE: B     SEX: M
                                  SID#: 007924360
                                  SSN#: 418965722

  ALIAS:

  EMPLOYER: _____      PHONE NO: _____

  TICKET NUMBER:            AGENCY/OFFICER: MMPD/37/5

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

---

  OFFICERS RETURN:
  RECEIVED ON _____
  EXECUTED ON __05/24/02_____      BY: _T.W. CEBRIAN #120 1

  ( ) DEFENDANT ARRESTED; RELEASED ON BOND
  ( ) DEFENDANT ARRESTED; IN JAIL
  ( ) DEFENDANT ARRESTED; NOT BOOKED
  ( ) NOT FOUND
  ( ) OTHER _____

                                   T.W. Cebrian #120 1
  SHERIFF _____      OFFICER

                    D.T.MARSHALL, SHERIFF

                    2002 MAY 24  A 12: 59

                    MONTGOMERY, AL
                    DETENTION FACILITY
                    MONTGOMERY COUNTY
                    RECEIVED

OPERATOR:REG
PREPARED:04/16/2002

State of Alabama
Board of Pardons and Paroles
P O Box  302405
Montgomery Alabama    36130-2405
(334) 242-8700
TTD   (334) 242-0110
03-12-1998

91-163

HON SALLY GREENHAW
CIRCUIT JUDGE
P O BOX 1667
MONTGOMERY AL 36102

RE: JACKSON, JEFFREY
128248

Parole was granted in this case effective 03-16-1998.

Conditions of parole are on the attached sheet.

Sincerely,

William C. Young
Executive Director



RECEIVED
3-13-98

## STATEMENT OF CONDITIONS UNDER WHICH PAROLE IS GRANTED

This Certificate of Parole shall not become operative until the following conditions are agreed to by the prisoner. Violation of any of these conditions may result in revocation of Parole.

1. I shall report immediately by a personal visit to the parole office under whose supervision I am paroled.

2. I shall not change my residence nor employment nor leave the State without first getting the consent of my parole officer.

3. I shall between the first and the third days of each month, or as directed by my parole officer, until my final release from parole, make a full and truthful report to my parole officer in writing.

4. I shall pay all court ordered monies. Payment in full will be certified by the circuit clerk.

5. I shall promptly and truthfully answer all inquiries directed to me by the State Board of Pardons and Paroles and my parole officer, and allow that officer to visit me at my home, employment site or elsewhere, and <u>carry out all instructions my parole officer gives including assignments to any level of supervision.</u> I will make myself available for searches and tests when ordered by my parole officer, including but not limited to, urinalysis, breathalizer and blood samples, and/or search of my residence, vehicle or any property under my control. I shall not use drugs or controlled substances illegally.

6. I agree to waive all extradition rights and process and agree to return when the State Board of Pardons and Paroles directs at any time before my release from parole.

7. I shall not violate any law.

8. I will immediately upon release from the service of the sentence in _____ if prior to _____ report directly to the State Board of Pardons and Paroles, 500 Monroe Street, P.O. Box 302405, Montgomery, AL 36130-2405, either by telephone, (334) 242-8700, correspondence or in person.

9. I agree to pay $20 per month to the State Board of Pardons and Paroles as required by law, or if I am placed in Intensive Supervision, I will pay $15 per week so long as I am in the Intensive Supervision program.

10. I shall not own, possess or have under my control a firearm or ammunition of any kind, nor any other deadly weapon or dangerous instrument as defined by Alabama law.

11. I understand that parole is a privilege and not a right. The Board may modify these conditions as necessary and may revoke my parole at any time my continued release is detrimental to my health and safety or to the welfare of society.

12. ( ) If checked—No alcohol

13. (x) If checked—I will attend NA-AA or other substance abuse aftercare program a minimum of ____1____ time(s) per week.

14. ( ) If checked—Mandatory Drug Screens

15. ( ) If checked—30 days to secure employment

16. Special Conditions:


Halfway House


    I hereby certify that this Statement of Conditions of Parole has been read and explained to the Parolee.


This _____ day of _____ 19 _____


_____        _____
Warden or Deputy Warden                          Signature of Parolee

ACS359 

**ALABAMA JUDICIAL DATA CENTER**
**MONTGOMERY COUNTY**
**TRANSCRIPT OF RECORD**
**CONVICTION REPORT**

CC 91 000163. 00
JOSEPH D PHELPS

```
CIRCUIT COURT OF MONTGOMERY COUNTY            COURT ORI: 003045 J

STATE OF ALABAMA    VS.                       DC NO: 9000523600

JACKSON JEFFERY            ALIAS:             G J:   150
562 ROSA PARK             ALIAS:             SSN:   418965722
MONTGOMERY  AL  00000                         SID:   00792436
                                              AIS:   00128248

DOB:  05/12/58    SEX: M   HT: 5 11    WT: 171   HAIR: BLK   EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: _____   FEATURES: _____

DATE OFFENSE: 11/14/90   ARREST DATE: 11/14/90   ARREST ORI: MMPD/37

              CHARGES @ CONV          CITES                OFF CLASS: ( )A ( )B (X)(
BREAK/ENTER AUTO                   13A-008-011(B)
```

JUDGE: JOSEPH D PHELPS

PROSECUTOR: STONER, ALLEN RICHARD

```
PROBATION APPLIED    GRANTED   DATE      REARRESTED DATE   REVOKED  DATE

(X)Y( )N  04/30/91   (X)Y( )N 06/11/91  ( )Y( )N _____  ( )Y( )N _____

ACT 754-76
( )Y (X)N                 IMPOSED      SUSPENDED        TOTAL      JAIL CREDIT
             CONFINEMENT:  15 00 000   00 00 000      15 00 000   00 00 209
             PROBATION  :  03 00 000                  03 00 000

DATE SENTENCED: 06/11/91   SENTENCE BEGINS:   06/11/91
```

PROVISIONS

| | COSTS/RESTITUTION | DUE | ORDERE |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $22.25 | $22.2 |
| RESTITUTION | ATTORNEY FEE | $736.00 | $736.0 |
| CRIME VICTIM | CRIME VICTIMS | $50.00 | $50.0 |
| RECOUPMENT | COST | $203.00 | $203.0 |
| PENITENTIARY | FINE | $0.00 | $0.0 |
| CONCURR SENT | MUNICIPAL FEES | $0.00 | $0.0 |
| HABITUAL OFDR | DRUG FEES | $0.00 | $0.0 |
| CO TERM | ADDTL DEFENDANT | $0.00 | $0.0 |
| | DA FEES | $0.00 | $0.0 |
| | TOTAL | $1011.25 | $1011.2 |

```
APPEAL DATE        SUSPENDED          AFFIRMED            REARREST

( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____
```

REMARKS:

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS AND
AND IS TRUE AND CORRECT.

3-23-95-SPLIT SENTENCE REVOKED - TO SERVE 15 YRS. RUN CC AND
CO-TERMINOUS W/ 81-723.

DEBRA P. HACKETT (CC)

03/27/95

OPERATOR: DOD
PREPARED: 03/27/95

STATE OF ALABAMA,                    *    IN THE CIRCUIT COURT FOR

    Plaintiff,                       *    MONTGOMERY COUNTY, ALABAMA

VS.                                  *    CRIMINAL DIVISION

_Jeffrey Jackson_                    *

    Defendant.  5-12-58              *    CASE NO. CC  91-163 Ph

### ORDER TO TRANSPORT

It is hereby ORDERED, ADJUDGED and DECREED that the Montgomery County Sheriff's Department transport the Defendant, ( A.I.S. 128248 ) from _Elmore Correctional_ to the Montgomery County Detention Facility for a hearing to be set by the Court upon arrival at the facility.

DONE this the 3rd day of February, 1995.

/s/ Sally Greenhaw
SALLY GREENHAW
CIRCUIT JUDGE

ELMORE
TO
MCDF
9# FEB 95
A. Terry + Jefferson #
111

RECEIVED

2-3-95

```
STATE OF ALABAMA,              *    IN THE CIRCUIT COURT FOR

        Plaintiff,             *    MONTGOMERY COUNTY, ALABAMA

VS.                            *    CRIMINAL DIVISION

  Jeffrey Jackson              *
        Defendant.  5-12-58    *    CASE NO. CC 91-163 Ph
```

## ORDER TO TRANSPORT

It is hereby ORDERED, ADJUDGED and DECREED that the Montgomery

County Sheriff's Department transport the Defendant, ( <u>A.I.S.</u>

<u>128248</u> ) from <u>Elmore Correctional</u>

to the Montgomery County Detention Facility for a hearing to be set

by the Court upon arrival at the facility.

DONE this the 3 rd day of February , 1995.

/s/ Sally Greenhaw
SALLY GREENHAW
CIRCUIT JUDGE



2-3-95

CC 91-163





*#2 cade doc*

### STATE OF ALABAMA
### BOARD OF PARDONS AND PAROLES
Gordon Persons Building
50 North Ripley Street
P O Box 302405
Montgomery, Alabama 36130-2405
Central Office - Plaza (205) 242-8700
(Personnel) - Room 3305 (205) 242-8780
(Accounting) - Room 3307 (205) 242-8777

JOHN S. NETTLES
Chairman of the Board

JUDITH C. O'CONNOR
Associate Member

LOUIE F. GRIMES
Associate Member

WILLIAM C. YOUNG
Executive Director

MARCH 10, 1994

received
3/14/94

HON WILLIAM R GORDON
CRIMINAL JUDGE
PO BOX 1667
MONTGOMERY AL  36102

RE:    JACKSON, JEFFREY    128248 - D.OB. 5-12-58

Dear  JUDGE GORDON,

Parole was granted in this case effective    03/14/94.

Conditions of parole are on the attached sheet.

Sincerely,

William Young

William C. Young
Executive Director

CC:

HON ELLEN BROOKS                                    ACVCC
DISTRICT ATTORNEY
PO BOX 1667
MONTGOMERY  AL  36102

HON DAN JONES
SHERIFF
PO BOX 4219
MONTGOMERY  AL  36103



RECEIVED
3-14-94

CHIEF OF POLICE
MONTGOMERY  AL

ALABAMA ATTORNEY GENERAL

## STATEMENT OF CONDITIONS UNDER WHICH PAROLE IS GRANTED

This Certificate of Parole shall not become operative until the following conditions are agreed to by the prisoner. Violations of any of these conditions may result in revocation of Parole.

1. I shall report immediately by a personal visit to the parole office under whose supervision I am paroled.

2. I shall not change my residence nor employment nor leave the State without first getting consent of my parole officer.

3. I shall between the first and third days of each month, until my final release from parole, make a full and truthful report to my parole officer in writing.

4. I shall pay $_____ restitution and any preexisting restitution. Payment in full will be certified by the circuit clerk.

5. I shall properly and truthfully answer all inquiries directed to me by the State Board of Pardons and Paroles and my parole officer and allow that officer to visit me at my home, employment site or elsewhere and carry out all instructions my parole officer gives including assignments to any level of supervision. I will make myself available for searches and tests when ordered by my parole officer, including but not limited to, urinalysis, breathalizer and blood samples, and/or search of my residence, vehicle or any property under my control.

6. I agree to waive all extradition rights and process and agree to return when the State Board of Pardons and Paroles directs at any time before my release from parole.

7. I shall not violate any law.

8. I will immediately upon the release from the service of the sentence in _____ if prior to _____, report directly to the State Board of Pardons and Paroles, 50 North Ripley Street, Plaza Level, Gordon Persons Building, Montgomery, AL 36130, either by telephone, (205) 242-8700, correspondence or in person.

9. I agree to pay $20 per month to the State Board of Pardons and Paroles as required by law, or if I am placed in Intensive Supervision, I will pay $15 per week so long as I am in the Intensive Supervision program.

10. I shall not own, possess or have under my control a firearm or ammunition of any kind, nor any other deadly weapon or dangerous instrument as defined by Alabama law.

11. I understand that parole is a privilege and not a right. The Board may modify these conditions as necessary and may revoke my parole at any time my continued release is detrimental to my health and safety or to the welfare of society.

12. ☒ If checked — No alcohol

13. ( ) If checked — I will attend NA-AA or other substance abuse aftercare program a minimum of one (1) time per week.

14. Special Conditions:

    LEVEL IPS

I hereby certify that this Statement of Conditions of Parole have been read and explained to the Parolee.

This _____ day of _____ 19 _____

_____                    _____
Warden or Deputy Warden                       Signature of Parolee

✿ ✿ ✿ IN THE CIRCUIT COURT OF MONTGOMERY COUNTY ✿ ✿ ✿
NOTICE OF PAYMENT TERMS

STATE OF ALABAMA  VS.  JACKSON JEFFERY

CHARGE: BREAKING & ENTERING-
CASE #: CC 91 000163.00

FROM:
CIRCUIT COURT
COUNTY COURTHOUSE
MONTGOMERY,AL 36104
(205) 832-1286

THE COURT ORDERED YOU TO PAY    $1011.25.  FAILURE TO PAY
MAY RESULT IN A WARRANT FOR YOUR ARREST.  PAYMENT MAY BE MADE BY MAIL
OR IN PERSON BY CERTIFIED CHECK, MONEY ORDER OR CASH TO THIS OFFICE.
DO NOT MAIL CASH.

JACKSON JEFFERY
562 ROSA PARK
MONTGOMERY  AL

✿ ✿ ✿  ENCLOSE THIS NOTICE WITH YOUR PAYMENT  ✿ ✿ ✿

NOTICE PREPARED: 03/17/94
NOTICE: 1

SEE BACK OF FORM FOR OPENING INSTRUCTIONS

RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☑ NO SUCH NUMBER / STREET
☐ FORWARDING ORDER EXPIRED

| State of Alabama<br>Unified Judicial System<br><br>Form C-62A        10/1/90 | **ATTORNEY'S FEE DECLARATION**<br>**(Adult)** | Case Number<br><br>CC 91 163 PH |
| --- | --- | --- |

**Mark appropriate court:**

☑ Circuit Court of __MONTGOMERY__ County        ☐ District Court of _____ Cou

☐ Alabama Court of Criminal Appeals        ☐ Supreme Court of Alabama

**Style of Case:**  STATE V. JEFFREY JACKSON

**Charge:**  B & E VEHICLE

**Companion case numbers and charges or convictions:** _____

The undersigned attorney declares that on (*date*) __12/18/90__, the Honor

__GREENHAW__, Judge, appointed the undersigne

represent the above-named defendant or appellant, and on (*date*)  __06/11/91__

the case was disposed of by   SENTENCE ON PLEA

*(plea of guilty, conviction, acquittal, affirmance, reversal, cert. denied)*

| | | | | |
| --- | --- | --- | --- | --- |
| (1) In Court Appearance | Total Hours | 13.4 | x $40.00 = | $ 536.00 |
| (2) Out of Court Preparation *Trial Level* | Total Hours | 10.0 | x $20.00 = | $ 200.00 |
| (3) Out of Court Preparation *Appellate Level* | Total Hours | | x $40.00 = | $ |
| (4) Extraordinary Expenses | Total Amount of Expenses | | | $ |
| (If approved in advance by court.) | **TOTAL CLAIM OF ATTORNEY** | | | $ 736.00 |

**NOTICE TO ATTORNEY:** Complete this form. Attach a copy of a complete itemization of (1) In Court Appearance;
Out of Court Preparation; and (3) Extraordinary Expenses reflecting the date of actions and amount of time invol
in each activity. Make a copy of same for the Court's record and for your records.

The undersigned attorney further declares that the above claim is true and correct and represents the serv
actually rendered by him/her as an attorney and said amount is due and payable. I further declare that the above cl
is not a duplication of charges and expenses in any case (companion or otherwise).

Signature of Attorney

Name and Address of Attorney   *(please print)*

JOHN OLIVER CAMERON

246 SOUTH COURT STREET

MONTGOMERY, ALABAMA 36104

Sworn to and subscribed before me this __25th__
day of   SEPTEMBER , 1991

SS No. or FEIN No.   __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__

Telephone No.   __263-6612__

Notary Public

I, the undersigned judge, hereby certify that the foregoing claim has been presented to me and I have revie
the same and believe the same to be true and correct. I am further of the opinion that said attorney is not duplica
said charges and expenses in any case (companion or otherwise).
Based on the above, I hereby approve the declaration and claim in the amount of $ _____

Done this _____ day of

_____, 19 _____        Judge's Signature

**NOTICE TO ATTORNEY AND JUDGE:**   Sections 15-12-21 through 15-12-23, *Code of Alabama 1975*, provide for
payment of attorney fees and extraordinary expenses incurred by counsel appointed to represent indigent defenc
on the trial level, on appeal (including petition for writ of certiorari to the Alabama Supreme Court) and in
conviction proceedings.

THIS FORM MUST CONTAIN ORIGINAL SIGNATURES OF THE ATTORNEY AND THE JUDGE. THIS FORM V
ATTACHED ITEMIZATION MUST BE SUBMITTED TO THE TRIAL COURT JUDGE OR PRESIDING JUDGE OR CHIEF JUS
OF THE APPELLATE COURT FOR APPROVAL. AFTER APPROVAL, THE CLERK SHALL SUBMIT THE ORIGI
DECLARATION TO THE STATE COMPTROLLER FOR AUDIT AND ALLOWANCE. MAIL TO: *State Comptroller, Roon
Alabama State House, Montgomery, Alabama 36130.*

Filed in the Clerk's Office on this 1991

day of _____ 19 / 91

```
STATE V. JEFFERY JACKSON
CC 91.163 PH
JOHN OLIVER CAMERON APPOINTED 12/18/90 BY JUDGE GREENHAW
CHARGE B & e VEHCILE
CASE DISPOSED OF BY SENTENCE ON PLEA 6/11/91
```

IN COURT TIME

| DATE | MATTER | TIME |
|------|--------|------|
| 3/28/91 | STATUS HEARING | .6 |
| 4/23/91 | PLEA HEARING (CONTINUED) | .9 |
| 4/30/91 | PLEA HEARING (CONTINUED) | 2.5 |
| 5/1/91 | STATUS/PLEA HEARING | 3.1 |
| 6/6/91 | SENTENCE (CONTINUED AFTER WAITING) | 4.9 |
| 6/11/91 | SENTENCE HEARING | 1.4 |

TOTAL IN COURT TIME 13.4 HOURS

OUT OF COURT TIME

| DATE | MATTER | TIME |
|------|--------|------|
| 12/18/90 | OPEN FILE | .2 |
| 12/18/90 | REVIEW OF CHARGE/AFFIDAVIT | .7 |
| 12/20/90 | CONFERENCE WITH DEFENDANT RE: APPOINTMENT | .8 |
| 12/20/90 | PREPARATION OF MOTION FOR DISCOVERY | .8 |
| 12/20/90 | FILING BOTH SAME | .1 |
| 12/27/90 | CONFERENCE WITH DEFENDANT RE: STATUS | .9 |
| 1/17/91 | CONFERENCE WITH DEFENDANT RE: STATUS | .9 |
| 1/22/91 | CONFERENCE WITH COURT RE: STATUS | .4 |
| 4/30/91 | CONFERENCE WITH DEFENDANT RE: STATUS | 1.9 |
| 6/6/91 | REVIEW OF PRESENTENCE REPORT | .5 |
| 6/11/91 | CONFERENCE WITH DEFENDANT RE: STATUS | .7 |
| 6/12/91 | CLOSING LETTER TO DEFENDANT RE: FINAL RIGHTS AND DUTIES AND RELATED MATTERS | 1.8 |
| 9/25/91 | CLOSE FILE | .3 |

TOTAL OUT OF COURT TIME 10.0 HOURS

THE UNDERSIGNED ATTORNEY FURTHER DECLARES THE ABOVE CLAIM IS
TRUE AND CORRECT AND REPRESENTS THE SERVICES ACTUALLY RENDERED
BY HIM AS ATTORNEY AND SAID AMOUNT IS DUE AND PAYABLE.

```
            ----------------------------
            JOHN OLIVER CAMERON
```

SWORN TO AND SUBSCRIBED BEFORE ME THE 25TH DAY OF SEPTEMBER, 1991.

```
            ----------------------------
            NOTARY PUBLIC
```

| DA NO. 106·54C | ORDER COURT ORDERED MONIES | CC NO. 91·163 |
|---|---|---|

## IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
### MONTGOMERY COUNTY, ALABAMA

**STATE OF ALABAMA v.** _Jeffery Jackson_

This cause coming to be heard on the ___7th___ day of ___June___, 19_91_, in the presence of the District Attorney, the Defendant, and _John O. Cameron_, as Defense Attorney, this Court finds as follows:

1. The Defendant owes the following:

   1. Court Costs  $ 203.00    3. Restitution  $ 22.25    5. ACVCCA  $ 50
   2. Fines  $_____    4. Attorney Fees $_____    TOTAL  $_____

2. The victim is (SEE BACK).
3. The Co-Defendant is _____.
   CC NO. _____.
4. The Defendant's Social Security Number is ___418·96·5722___
5. The Defendant is currently obligated to pay child support in the amount of $_____ per _____.
6. The Defendant is currently being garnished in the amount of $_____ per _____ to satisfy a judgment in the amount of $_____ payable to _____
7. The Defendant is currently employed by _____
   Address: _____.
8. The Defendant's employment income less child support obligation is $_____ per _____ and is subject to restitution withholding.

   Therefore, it is **ORDERED** as follows:

1. The Defendant shall pay court costs, fines, restitution, attorney fees and ACVCCA in the amounts indicated above, plus an administrative fee of $1.00 with each restitution installment payment, with credit for any restitution amount actually paid by any Co-Defendant.
2. _____ The full amount shall be paid in FULL by _____
   _____ The full amount shall be paid in INSTALLMENTS commencing on _____
   in the amount of $_____ per _____ month _____ week _____ two weeks, until paid in full.
   _____ The full amount shall be paid under an Income Withholding Order.
3. Paying these monies shall be a condition of probation, parole, work release, SIR or any other release program.
4. The Alabama Department of Corrections, the Alabama Board of Pardons and Paroles and/or other agency having lawful custody of the Defendant shall collect from any and all sources of money at the rate of _50_ % and forward payments to the Circuit Clerk.
5. Monies shall be paid to the Circuit Clerk, Montgomery County Courthouse, 251 S. Lawrence Street, P. O. Box 1667 Montgomery, Alabama 36192-2501, with an administrative fee of $1.00 with each restitution installment payment.
6. This Court retains jurisdiction of this Defendant and this matter until all monies ordered herein are paid.

Done this _____ day of _____, 19_____.

JUL 1991
FILED
DEBRA P. HACKETT
CIRCUIT CLERK
**/S/ JOSEPH D. PHELPS**

_Kloess_ _____, Deputy District Attorney
_Tawanna Dubose_ , Victim
_J.O. Cameron_ , Defense Attorney
_J. Jackson_ , Defendant

_Sirmon_ _____, Mgm. Co. Prob. & Parole Office
_____, AL Dept. of Corrections
_____, ACVCCA
_____, Employer

**DO NOT COPY THIS SIDE**

1. CC # _91-163_

   Amount: $ _22.25_

   Victim's Name _Tawanna Dubose_

   Attention _____

   Address _3643 Southmont #40_
   Street or PO Box

   _Montgomery, Alabama 36105_
   City      State   Zip Code

2. CC # _____

   Amount: $ _____

   Victim's Name _____

   Attention _____

   Address _____
   Street or PO Box

   _____
   City      State   Zip Code

3. CC # _____

   Amount: $ _____

   Victim's Name _____

   Attention _____

   Address _____
   Street or PO Box

   _____
   City      State   Zip Code

4. CC # _____

   Amount: $ _____

   Victim's Name _____

   Attention _____

   Address _____
   Street or PO Box

   _____
   City      State   Zip Code

SUBPOENA AUDIT LIST

 T   COURT OF MONTGOMERYCOUNT 

STATE OF ALABAMA VS JACKSON JEFFERY

CC 91 000163 00

DISTRICT ATTORNEY OFFICE
RM 211 COUNTY COURTHOUSE
251 SOUTH LAWRENCE ST
MONTGOMERY  ALABAMA

DATE: 043051
TIME: 8:00AM

| NAME / ADDRESS | REQUESTED BY: | SERVED | DATE | INITIALS |
|---|---|---|---|---|
| TAMANNA DUBOSE 3643 SOUTHMONT #40 | STATE | ✓ | 4-4 | |
| NOTE: | 00000-0000 | | | |
| F L FLEMING MPD | STATE | ✓ | | |
| NOTE: | 00000-0000 | | | |
| ANNETTE FELDER GRADY ST | STATE | ✓ | 4-4 | |
| NOTE: | 00000-0000 | | | |
| B T JAMES MPD | STATE | ✓ | | |
| NOTE: | 00000-0000 | | | |
| W JOHNSON MPD | STATE | ✓ | | |
| NOTE: | 00000-0000 | | | |

TO ANY LAW OFFICER OF THE STATE OF ALABAMA:

    YOU ARE HEREBY ORDERED TO SERVE SUBPOENAS ON THE ABOVE NAMED
PERSONS AND MAKE RETURN TO THIS COURT.

                ISSUED BY: DEBRA P. HACKETT (CC)
                           CLERK OF COURT

ACS359

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY COUNTY

TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 91 000163.00
JOSEPH D. PHELPS

CIRCUIT COURT OF MONTGOMERY COUNTY                    COURT ORI: 003045 J

STATE OF ALABAMA        VS.                           DC NO: 9000523600

JACKSON JEFFERY          ALIAS:          G J:    150
562 ROSA PARK            ALIAS:          SSN:    478967722
MONTGOMERY     , AL  00000                SID:    000000000
                                         AIS:

DOB:  05/12/58   SEX: M   HT: 601   WT: 175   HAIR:        EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

DATE OFFENSE: 11/14/90   ARREST DATE: 11/14/90   ARREST ORI: _____

        CHARGES @ CONV          CITES        OFF CLASS: ( )A ( )B ( )C
BREAKING & ENTERING-UNLAWF /   13A-11B(3)
TOP III

JUDGE: JOSEPH D. PHELPS          PROSECUTOR: STONER, ALLEN RICHARD

PROBATION APPLIED   GRANTED   DATE   REARRESTED DATE   REVOKED   DATE

( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

SENTENCE    ACT 754-76    PROBATION    SUSPENDED    JAIL CREDIT

YR MO DAY              YR MO DAY    YR MO DAY    YR MO DAY
03 00 000   (X)Y( )N   03 00 000    12 00 000    00 00 209

DATE SENTENCED: 06/11/91    SENTENCE BEGINS:    06/11/91

PROVISIONS                              COSTS/RESTITUTION

  X COURT COSTS             RESTITUTION    $ 22.25
  X RESTITUTION             ATTORNEY FEE   $ yes.oo
  X CRIME VICTIM            CRIME VICTIMS  $ 50.oo
  X RECOUPMENT              COST           $ 203.oo
  X PENITENTIARY            FINE           $ 00000000.00
  X CONCURR SENT
  X HABITUAL OFDR           TOTAL          $
  X SPLIT SENTENC

APPEAL DATE       SUSPENDED       AFFIRMED       REARREST

( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

REMARKS                         THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS AND
                                AND IS TRUE AND CORRECT.

061191--COUNT I(TOP 3)-12 MONTHS IN CO JAIL CONCURRENT W/COUNT II.
COUNT II(B&E)-15 YRS SPLIT TO SPEND 3 YRS IN PENY CC W/COUNT I.

JUL 19 1991
_____          _____
DATE                            DEBRA P. HACKETT (CC)

OPERATOR: TIH
PREPARED: 07/18/91



91-163

6'1" 175

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

Arr - 11/14/90

Rent - 6/11/91

17
31
31
28
31
30
31
10
─────
209 days

11/14/90

| State of Alabama Unified Judicial System | **EXPLANATION OF RIGHTS AND PLEA OF GUILT** | Case Number |
|---|---|---|
| Form C44 Rev. 10/86 | (AFTER INDICTMENT) | CC 91 163 PH |
| | | ID  YR  Number |

IN THE ___CIRCUIT___ COURT OF ___MONTGOMERY___ COUNTY
STATE OF ALABAMA                    vs. ___Jeffery Jackson___

TO THE ABOVE NAMED DEFENDANT:

This is to inform you of your rights as a defendant in this criminal case. Under the indictment returned against you in this case by the Grand Jury of this county, you are charged with the crime of ___B&O Vehicle / Top II___ which is a Class ___C___ Felony. In the event you plead guilty to said crime, or if the jury finds that you are guilty of said crime, the law provides for punishment by imprisonment in the penitentiary for not less than ___1 yr 1 day___ nor more than ___10 yrs.___ for such offense and by imposition of a fine not to exceed $ ___5,000=___ Provided further that at a sentencing hearing should the State of Alabama prove to this Court that prior to committing this offense, you have previously been convicted of any one (1) felony, then the said imprisonment term must be for not less than ___2 yrs___ nor more than ___20 yrs___, and a fine not to exceed $ ___10,000=___. Likewise, if the State proves you have been so convicted of any two (2) prior felonies, then the said imprisonment term must be for not less than ___10 yrs___ nor more than ___LFE___ and a fine not to exceed $ ___20,000=___. And, if the State proves that you have been so convicted of any three (3) prior felonies, then the said imprisonment must be for not less than ___15 yrs___ nor more than ___LFE___, and a fine no to exceed $ ___20,000=___.

Further, you may be ordered to pay restitution in an amount determined by the court, for the use and benefit of the victim of you criminal offense.

In accordance with §15-23-17, *Code of Alabama* 1975, you shall be ordered to pay a victim compensation assessment of not less than $25.00 nor more than $10,000.

IN ENTERING A PLEA OF GUILTY IN THIS COURT, YOU ARE WAIVING A TRIAL BY JURY AND THE FOLLOWING RIGHTS TO WHICH YOU ARE ENTITLED IN THE EVENT OF A JURY TRIAL.

Under the Constitutions of the United States and of the State of Alabama you have a right or privilege not to be compelled to give evidence against yourself. In the trial of your case before the jury, you have the right to take the witness stand and to testify on your own behalf, if you so desire, but no one can require you to so testify. If you testify, you can be cross-examined by the state. If you do not testify no one can even comment to the jury as to your failure to testify. You have the right to remain absolutely silent, but anything that you voluntarily say, with knowledge of your rights, may be used against you. Your conversations with your attorney are confidential and cannot, and will not, be disclosed by your attorney.

You have the right to stand on your plea of not guilty, and the right to a public trial before a duly selected jury. In a jury trial, the jury would determine whether you are guilty or whether you are innocent, based upon the evidence in the case.

In the trial of your case, your attorney could subpoena witnesses on your behalf, make legal objections to matters that he felt were objectionable, cross-examine the witnesses of the state, examine your own witnesses, and argue the matter before the jury. He would be bound to do everything that he could honorably and reasonably do to see that you obtain a fair and impartial trial. You have the right to have witnesses subpoenaed to testify as to pertinent facts in your favor.

In the trial of your case, you will come into court clothed with a presumption that you are not guilty and this presumption of innocence will follow you throughout the course of the trial until the evidence produced by the state convinces each juror beyond a reasonable doubt of your guilt. The burden of proof is upon the State of Alabama to convince each and every juror, from the evidence in the case, that you are guilty beyond a reasonable doubt before the jury would be authorized to find you guilty. If the state does not meet such burden of proof it will be the jury's duty to find you not guilty. You will have no burden of proof whatsoever in your trial.

To the charges set forth in the indictment you have the right to enter a plea of guilty, not guilty, not guilty by reason of insanity or a other special plea. You will enter a plea of guilty only if you are actually guilty of said crime and if you do not desire a jury trial. IF YOU PLEAD GUILTY THERE WILL BE NO JURY TRIAL, AS HAS BEEN HERETOFORE EXPLAINED TO YOU.

Your attorney will go over these rights with you, but if you have any questions about any of them, please ask the undersigned judge and he will make further explanation thereof to you.

DATE ___5/1/91___                    JUDGE ___[signature]___

Comes the defendant in the above-styled cause and states to the court that he has read, or has had read to him, the matters and things hereinabove set forth; that his attorney has thoroughly gone over said matters and things with him and that he, the defendant, thoroughly understands them; that he is not under the influence of any drugs, medicines or alcoholic beverages and has not been threatened abused or offered any inducement or reward to get him to plead guilty. Defendant further states to the court that he is guilty as charged this case, and desires to plead guilty.

DATE ___4/30/91___                    DEFENDANT X ___Jeffery Jackson___

Comes the attorney for the above-styled defendant and certifies that the above and foregoing rights were read by the defendant in presence, or were read to him by me, that I discussed such rights with the defendant, in detail, and that a written copy of the above rig was given to the defendant or his attorney. Having gone over his rights with the defendant, in my judgement, the defendant understa his rights.

DATE ___4/30/91___                    ATTORNEY ___[signature]___

RECEIVED MAY 16 1991



SUBPOENA AUDIT LIST

PAGE

THE COURT OF MONTGOMERYCOUNTY

03/21/

STATE OF ALABAMA VS JACKSON JEFFERY

CC 91 000163 00

DISTRICT ATTORNEY OFFICE
RM 211 COUNTY COURTHOUSE
251 SOUTH LAWRENCE ST
MONTGOMERY  ALABAMA

DATE: 040491
TIME: 8:00AM

| NAME / ADDRESS | REQUESTED BY: | SERVED: | DATE | INITIALS |
|---|---|---|---|---|
| TAWANNA DUBOSE<br>3643 SOUTHMONT #40 | STATE | served | 3/25 | —LD |
| NOTE: | 00000-0000 | | | |
| P L FLEMING<br>MPD | STATE | served | 3/24 | |
| NOTE: | 00000-0000 | | | |
| ANNETTE FELDER<br>512 GRADY ST | STATE | served | 3/25 | |
| NOTE: | 00000-0000 | | | |
| B T JAMES<br>MPD | STATE | served | 3/26 | |
| NOTE: | 00000-0000 | | | |
| C S JOHNSON<br>MPD | STATE | served | 3/26 | |
| NOTE: | 00000-0000 | | | |

TO ANY LAW OFFICER OF THE STATE OF ALABAMA:

    YOU ARE HEREBY ORDERED TO SERVE SUBPOENAS ON THE ABOVE NAMED
PERSONS AND MAKE RETURN TO THIS COURT.

                    ISSUED BY: DEBRA P. HACKETT (CC)
                               CLERK OF COURT

ρH

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,                    )
     Plaintiff,                     )
                        )
v.                                   )    CC No.   91-163
                        )
JEFFREY JACKSON ,                    )
     Defendant.                     )

## MOTION TO SET FOR TRIAL

Comes now the State of Alabama by and through its District Attorney for the Fifteenth Judicial Circuit, Charles A. Graddick, AND MOVES THIS Court for an Order setting the above captioned case for trial.

Respectfully submitted this 24TH day of April, 1991.

Charles A. Graddick
District Attorney

By: _____
    Allen Stoner
    Deputy District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served upon the Honorable ___John Cameron___ by hand delivery or by placing a copy thereof in the United States mail, postage prepaid and properly addressed this 24TH day of , 1990

Charles A. Graddick
District Attorney

By: _____
    Allen Stoner
    Deputy District Attorney

TGJ

STATE OF ALABAMA                    *    IN THE DISTRICT    COURT OF
                                    *
        VS.                         *    MONTGOMERY COUNTY, ALABAMA
                                    *
JEFFERY JACKSON                     *    CASE NO(S). ~~DC-90-5236~~
                                    *         CC-91-163-PH
                                    *

## MOTION FOR DISCOVERY

COMES NOW THE DEFENDANT IN THE ABOVE STYLED CASE(S) AND
MOVES this honorable Court for an Order requiring the
District Attorney prosecuting the same to produce and dis-
close to him, through his undersigned counsel of record,
the following.  He further moves the Court to include in
such Order that the duty to produce any material at the time
of this motion is CONTINUING, AND THAT THE PROSECUTOR
INFORM THE COURT AND OPPOSING PARTY OF ANY ADDITIONAL
RELEVANT TO THIS MOTION WHICH SAID PROSECUTOR MAY FIND IN
THE FUTURE:

1. All written statements of, the complete substance
of oral statements of, or recordings of statements of the
defendant, any co-defendant or accomplice.

2. All memorandums relative to the taking of any such
statements relative to how any such statement was obtained,
including information as to whether any such statement was
given involuntarily, including, but not limited to memo-
randums of complete physical condition and mental status
of the statement maker, and any threats or promises made to
statement maker.

3. A copy of any past criminal activity of the
defendant, including any certified convictions the

Prosecution intends to introduce at any phase of the case(s) against the defendant.

4. Certain books, papers, documents, photographs, tangible objects, controlled substances, buildings or places, or portions of these things, as may be set out hereinafter, for the purpose of inspection, copying and/or analysis.

(√)See attached.        ( ) None in this case.

5. Certain reports of examinations and tests as may be set out hereinafter, for the purpose of inspection and/or copying.

(√)See attached.        ( ) None in this case.

6. Any and all evidence which may be exculpatory to the defendant, including, but not limited to the following:

    (a) facts of and complete history of any criminal record of any witness against the defendant.

    (b) facts of the investigation and the complete name and address of any person other than the defendant who was a suspect of law enforcement officials in this case.

    (c) facts of the investigation against this defendant which in any way tend to show that the defendant may not have been responsible for the charge against him or her.

    (d) the complete names and addresses of any persons contacted by law enforcement officials relative to the investigation of the case(s) against the defendant who gave information which claimed to exculpate the defendant.

    (e) the facts surrounding the taking of any statement from any victim or witness against the defendant where the statement shows any difference in the description of the defendant or incident scene from that found by law enforcement officials.

Respectfully submitted,

John Oliver Cameron
246 South Court St.
Montgomery, AL 36104
263 6612
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the fore-
going upon Hon.    James Evans         District Attorney, by
causing a copy of the same to be (X) hand delivered   or
( ) mailed to his/her office, postage pre-paid and properly
addressed, this  20th   day of  December        1990 .

John Oliver Cameron

(T6nS ( Phtos,

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,                    )
                                     )
          Plaintiff,                 )
                                     )
VS.                                  )     CASE NO.  CC- *91- 163*
                                     )
*Jeffery Jackson*                    )
          Defendant.                 )

## ORDER

ORDERED, ADJUDGED and DECREED that this case be and is hereby set for **TRIAL** on the _30th_ day of _April_, 1991, at 9:00 a.m. in Courtroom 3-C.  YOA DETERMINATIONS will be heard on _____ at 8:45 a.m. (BE SURE ALL PETITIONS FOR YOA HAVE BEEN APPLIED FOR WITH THE PROBATION AUTHORITIES.)

It is **FURTHER ORDERED** that a **PRETRIAL STATUS CONFERENCE** has been set by the Court on the _28_ day of _March_, 1991, at 3:30 p.m. in Courtroom 3-C to ascertain actual trial status, legal issues involved, and probable length of trial for cases set on the February docket.**\*\*\* PLEASE** be present in Courtroom 3-C at 3:30 p.m. on _March 28_, 1991, for the PRETRIAL STATUS CONFERENCE.  **IN ALL CRIMINAL CASES**: all pretrial motions must be filed on or before _April 10_ (unless your case is set prior to this date). (SEE RULES 15.2 and 15.3, Alabama Rules of Criminal Procedure).

If a PRETRIAL EVIDENTIARY HEARING is to be requested on a Motion to Suppress, please inform the Court by _April 10_ (unless your case is set prior to this date) so the hearing may be conducted in advance of the day of the trial.  This will avoid jurors and witnesses having to wait on the trial date.

On or before the date of the Pretrial Status Conference the State and the defendant shall at a convenient time and place, disclose, produce for inspection and copying, and exchange all items and things set out in Rule 16 of the Alabama Rules of Criminal Procedure.  At the same time, the State shall disclose all evidence required by Brady vs. Maryland, 373 U.S. 83 (1963); Giglio vs. United States, 405 U.S. 150 (1972); United States vs. Agurs, 427 U.S. 97 (1976); and United States vs. Bagley, 473 U.S. 105 S.Ct. 3375 (1985).

**NO** motions for continuances will be considered after the Friday of the week preceding trial setting except for circumstances arising thereafter which could not reasonably have been foreseen.

**DONE** this the _28_ day of _March_, 1991.

/s/ Joseph D. Phelps

JOSEPH D. PHELPS, CIRCUIT JUDGE

cc: Bob Merrill
    District Attorney

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,                )
                                 )
            Plaintiff,           )
                                 )
VS.                              )    CASE NO.  CC- 91-163
                                 )
*Jeffery Jackson*                )
            Defendant.           )

                              ORDER

        ORDERED, ADJUDGED and DECREED that this case be and is
hereby set for TRIAL on the _4th_ day of _April_,
1991, at 9:00 a.m. in Courtroom 3-C. YOA DETERMINATIONS will be
heard on _____ at 8:45 a.m. (BE SURE ALL PETITIONS
FOR YOA HAVE BEEN APPLIED FOR WITH THE PROBATION AUTHORITIES.)
        It is FURTHER ORDERED that a PRETRIAL STATUS CONFERENCE has
been set by the Court on the _28th_ day of _March_,
1991, at 3:30 p.m. in Courtroom 3-C to ascertain actual trial
status, legal issues involved, and probable length of trial for
cases set on the February docket.*** PLEASE be present in
Courtroom 3-C at 3:30 p.m. on _March 28_, 1991,
for the PRETRIAL STATUS CONFERENCE. IN ALL CRIMINAL CASES, all
pretrial motions must be filed on or before _March 25_
(unless your case is set prior to this date). (SEE RULES 15.2
and 15.3, Alabama Rules of Criminal Procedure).
        If a PRETRIAL EVIDENTIARY HEARING is to be requested on a
Motion to Suppress, please inform the Court by _March 25_
(unless your case is set prior to this date) so the hearing may
be conducted in advance of the day of the trial. This will avoid
jurors and witnesses having to wait on the trial date.
        On or before the date of the Pretrial Status Conference the
State and the defendant shall at a convenient time and place,
disclose, produce for inspection and copying, and exchange all
items and things set out in Rule 16 of the Alabama Rules of
Criminal Procedure. At the same time, the State shall disclose
all evidence required by Brady vs. Maryland, 373 U.S. 83 (1963);
Giglio vs. United States, 405 U.S. 150 (1972); United States vs.
Agurs, 427 U.S. 97 (1976); and United States vs. Bagley, 473 U.S.
105 S.Ct. 3375 (1985).
        NO motions for continuances will be considered after the
Friday of the week preceding trial setting except for
circumstances arising thereafter which could not reasonably have
been foreseen.
        DONE this the _18th_ day of _March_, 1991.

                              /s/ Joseph D. Phelps
                              _____
                              JOSEPH D. PHELPS, CIRCUIT JUDGE

cc: Bob Merrill
    District Attorney

| State of Alabama<br>Unified Judicial System<br><br>Form C-69    Rev    6/88 | PLEA OF NOT GUILTY<br>AND WAIVER OF ARRAIGNMENT | Case Number<br><br>CC 91 163 PH |

IN THE _____ CIRCUIT _____ COURT OF _____ MONTGOMERY _____ COUNTY

STATE OF ALABAMA v. ____ JEFFERY JACKSON ____

**COMES NOW** the Defendant in the above styled matter, and to the offense charged enters a plea of Not Guilty

Defendant further waives the right to have an Arraignment at which the Defendant is present in person, or at which the Defendant is represented by an attorney

But, the Defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the Court, to interpose any special pleas or additional pleadings which the Defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is ____ 5/12/58 ____ Defendant's age is ____ 32 ____
The Defendant is not eligible for consideration by the Court for Youthful Offender status as provided by law.

| ___ 1/17/91 ___ | X _Jeffery James Jackson_ |
| Date | Defendant |
| ___ 1/17/91 ___ | |
| Date | Attorney for Defendant |

This is to certify that I am the Attorney for the Defendant in this matter, and that I have fully explained this form and all matters set forth herein, and pertaining hereto, to the Defendant. I further state to the Court that I have explained to the Defendant his right to be Arraigned in person and his right to have me represent him at Arraignment. I further certify to the Court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY ADDITIONAL PLEADINGS OR SPECIAL PLEAS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM THAT IN THE EVENT HE FAILS TO APPEAR ON THE DATE HIS CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS BOND. I further certify to the Court that I have advised my client that he is responsible for obtaining the date his case is set for trial in this matter and that in the event he fails to appear on the date his case is set for trial all appropriate legal action will be taken by the Court against the Defendant and his bond, and I hereby certify that the Defendant knows that he is personally responsible for obtaining the date his case is set for trial and for being present in Court on that date.

| ___ 1/17/91 ___ | _signature_ |
| Date | Attorney for Defendant Signature |
| | **John Oliver Cameron, Attorney** |
| | **246 South Court St.** |
| | Printed Attorney's Name |
| | Montgomery, AL 36104 |
| | Address |

*[stamp: JAN 1991 FILED DEBRA P. HACKETT CIRCUIT CLERK]*

This is to certify that my Attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the Court that I do not wish to be personally present at an Arraignment in this case and that I do not want to have an Attorney represent me at an Arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the Court that I have been informed of the charge against me.

| ___ 1/17/91 ___ | X _Jeffery James Jackson_ |
| Date | Defendant Signature |

Filed in office this date _____

_____
Clerk                                                        By.

COURT RECORD (Original)        DEFENDANT (Copy)        ATTORNEY (Copy)

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,                    )
                                     )
        Plaintiff,                   )
                                     )
VS.                                  )   CASE NO.   CC-91-163
                                     )
JEFFERY JACKSON,                     )
                                     )
        Defendant.                   )

## ORDER

The above styled case has been assigned to the Expedited
Criminal Plea/Scheduling Docket on Friday, January 25, 1991, at
9:00 a.m. in Courtroom 3-C. Please be present with your client
in Courtroom 3-C on Friday, January 25, 1991 at 9:00 a.m. If
the above styled case needs to be removed from the January 25,
1991 docket, please contact Mary Searcy in the Court
Administrator's Office at 832-2531, or Trena Bailey in Judge
Phelps' Office at 832-1370, prior to 5:00 p.m. on January 24,
1991.

**DONE** this the 17th day of January, 1991.

/s/ Judge Phelps
_____
JOSEPH D. PHELPS, CIRCUIT JUDGE

cc:  District Attorney
     John O. Cameron