# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA



H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-04-2055

Ex parte Jeffery James Jackson   (In re: State of Alabama vs. Jeffery James Jackson)
(Montgomery Circuit Court: CC91-163)

## ORDER

Upon consideration of the above referenced Petition for Writ of Habeas Corpus, the Court of Criminal Appeals ORDERS that said petition be and the same is hereby DISMISSED.

Done this the 27th day of July, 2005.

_____
H.W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Melissa Rittenour, Circuit Clerk
    Jeffery James Jackson, Pro Se
    Hon. Truman Hobbs, Circuit Judge
    Hon. Troy King, Attorney General
    Hon. Eleanor Idelle Brooks, District Attorney

EXHIBIT B



# IN THE SUPREME COURT OF ALABAMA

*Prude*
*83313*

September 13, 2005

**1041742**

Ex parte Jeffery James Jackson. PETITION FOR WRIT OF HABEAS CORPUS (In re: State of Alabama vs. Jeffery James Jackson) (Montgomery Circuit Court: CC91-163; Criminal Appeals : CR-04-2055).

### ORDER

IT IS ORDERED that the petition for writ of habeas corpus filed in this cause on August 11, 2005, is stricken for failure to comply with Rule 21, Alabama Rules of Appellate Procedure.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 13th day of September 2005

Clerk, Supreme Court of Alabama

cc:
Jeffery James Jackson, Pro Se
Hon. Truman M. Hobbs, Jr., Circuit Judge
Hon. Troy R. King, Attorney General
Hon. Eleanor Idelle Brooks, District Attorney

/ag

IN THE CIRCUIT COURT OF
MONTGOMERY CO, ALABAMA

83313

JEFFERY JAMES JACKSON - 16723
         VS.              PETITIONER
TROY KING, ATTORNEY GENERAL         CASE NO. CC-91-163
              RESPONDENT

CR-04-2635

WRIT OF HABEAS CORPUS

COMES NOW, THE PETITIONER JEFFERY J. JACKSON PRO SE, PURSUANT TO RULE 21 (E) ALABAMA RULE OF APPELLATE PROCEDURE, PETITION FOR WRIT OF HABEAS CORPUS. IN SUPPORT OF HIS WRIT OF HABEAS CORPUS, THE PETITIONER STATES THE FOLLOWING:

(1.) PETITIONER WAS SENTENCED JUNE 4, 1991, BY THE HON. JUDGE JOSEPH D. PHELPS, CIRCUIT COURT JUDGE. INDICTED JAN. 11, 1991.

(2.) PURSUANT TO CASE ACTION SUMMARY - THE HON. JUDGE SALLY GREENHAW - CIRCUIT COURT JUDGE, REVOKED AND AMENDED MY SENTENCE TO A STRAIGHT 15 YEARS, MARCH 28, 1995 TO RUN CONCURRENT WITH CC-91-723. THE PETITIONER E.O.S. HIS SENTENCE - CC-91-723, FEBRUARY 2, 2001 FROM ATMORE ON WORK RELEASE FIDELITY.

(3.) THE HON. JUDGE SALLY GREENHAW ISSUED A CAPIAS APRIL 16, 2002, I WAS ARRESTED FOR FAILURE TO APPEAR MAY 24, 2002. MY ARREST WAS ILLEGAL AND THE STATED CUSTODY IS WRONG.

(4.) THE PETITIONER IS IN CUSTODY BASED ON AN ILLEGAL ARREST, THE PROBATION HE IS NOW BEING HELD IN DELINQUENCY FOR IS ALSO ILLEGAL AND UNCONSTITUTIONAL.

(5.) THE HON. JUDGE TRUMAN HOBBS HAS HELD THE PETITIONER IN DELINQUENCY FOR FAILURE TO APPEAR ON CASE NO. 2.0-91-163, BASIS FOR DELINQUENCY IS ILLEGAL ARREST AND TRUMP-UP CHARGES MADE AGAINST HIM. PETITIONER HAS BEEN HELD IN DELINQUENCY FOR 17 MONTHS IN VIOLATION OF HIS FIFTH 5TH AMENDMENT RIGHT.

(6). ATTORNEY AIMEE C. SMITH, ATTORNEY WHO MIS-REPRESENTED THE PETITIONER IN ACTIONS TAKEN AGAINST HIM INVOLVING CASE NO. CC-91-163. SHE KNEW I HAD BEEN SENTENCED ONCE, BY HON. JUDGE JOSEPH D. PHELPS. SHE DIDN'T PROTECT THE DEFENDANTS CONSTITUTIONAL RIGHTS OF THE DEFENDANT, FIFTH 5TH AMENDMENT RIGHT OF THE UNITED STATES CONSTITUTION. BARTKUS V. ILLINOIS 359 U.S. 121, 79 S.CT. 676 3 L.ED. 2d 684

RESPECTFULLY SUBMITTED ON THIS 19TH DAY OF JULY 2005.

Jeffry L. Jackson
PETITIONER

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING PETITION HAS BEEN SERVED, BY HAND DELIVERY, U.S. MAIL, POSTAGE PREPAID AND PROPERLY ADDRESSED, OR BY PLACING A COPY OF THE SAME IN THE ATTORNEY GENERAL'S BOX THE FOLLOWING:

HON. TROY KING, ATTORNEY GENERAL
11 SOUTH UNION ST.
MONTGOMERY, AL. 36130

DONE THIS 19TH DAY OF JULY 2005.