# Alabama Court of Criminal Appeals Docket Sheet

**CR-04-2378**  PET : Writ of Habeas Corpus  **CR-04-2378**

Ex parte Jeffery James Jackson   (In re: State of Alabama vs. Jeffery James Jackson)
(Montgomery Circuit Court: CC91-163)

---

### EXPEDITED

---

**Petition Filed : 08/14/2005**                               Docketed 08/25/2005  CC
                                                              Last Updated  / /

**Post Judgment Motions**

**Attorneys & Officials**

| | | |
|---|---|---|
| **Circuit Clerk** | Melissa Rittenour | Montgomery, AL  (334) 832-1289 |
| **Pro Se Pet.** | Jeffery James Jackson | Montgomery, AL  ( ) - |
| **Circuit Judge for Resp.** | Truman Hobbs | Montgomery, AL  (334) 832-7147 |
| **A.G. for Resp.** | Troy King | Montgomery, AL  (334) 242-7300 |
| **D. A. for Resp.** | Eleanor Idelle Brooks | Montgomery, AL  (334) 832-2550 |

**Case Actions / Postings**

| | |
|---|---|
| 08/14/2005 | Petition for Writ of Habeas Corpus filed (rec'd 08/17/05) |
| 08/25/2005 | Petitioner allowed 14 days to file certificate of service evidencing compliance with Rule 21(c), Ala. R. App. P. Petitioner placed on notice that this petition shall be dismissed if this Court has not "received" his certificate of service within 14 day period provided herein. |
| 09/01/2005 | Petitioner's cert. of service filed (rec'd 09/06/05) |
| **09/07/2005** | **Petition Denied** |

*END OF DOCKETING INFORMATION*


EXHIBIT C

# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

84894

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689



CR-04-2378

Ex parte Jeffery James Jackson   (In re: State of Alabama vs. Jeffery James Jackson)
(Montgomery Circuit Court: CC91-163)

## ORDER

Upon consideration of the above referenced Petition for Writ of Habeas Corpus, the Court of Criminal Appeals ORDERS that said petition be and the same is hereby denied.

Done this the 7th day of September, 2005.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Melissa Rittenour, Circuit Clerk
    Jeffery James Jackson, Pro Se
    Hon. Truman Hobbs, Circuit Judge
    Hon. Troy King, Attorney General
    Hon. Eleanor Idelle Brooks, District Attorney

<u>COURT OF CRIMINAL APPEALS</u>
<u>STATE OF ALABAMA</u>
04-2378

JEFFERY JAMES JACKSON
   VS.   PETITIONER
STATE OF ALABAMA       CASE NO. CC-91-163
   RESPONDANT

FILED
AUG 14 2005
Rec'd 8/17/05
CLERK
ALA COURT CRIMINAL A...

<u>WRIT OF CERTIORARI</u>

COMES NOW, THE PETITIONER JEFFERY J. JACKSON PRO SE PETITION THIS HONORABLE COURT IN THE ABOVE STYLED CAUSE. THE PETITIONER STATES THE FOLLOWING GROUNDS TO SUPPORT THIS PETITION:

(1.) THE PETITIONER WAS SENTENCED JUNE 11, 1991 TO FIFTEEN (15) YEARS PURSUANT TO THE SPLIT SENTENCE ACT (ALABAMA CODE 15-18-8). THE PETITIONER SPENT (3) FULL YEARS IN THE PENITENTIARY.

(2.) THE PETITIONER APPEARED WITH HIS ATTORNEY FOR SENTENCE REVIEW MARCH 23, 1995. THE HON. SALLY M. GREENHAW ORDERED SPLIT SENTENCE REVOKED AND AMENDED TO STRAIGHT (15) YEAR SENTENCE TO RUN CONCURRENT WITH C.C.-81-723.

(3.) THE PETITIONER E.O.S. STRAIGHT (15) YEAR SENTENCE FEBUARY 2, 2001. FROM BULLOCK CO. CORRECTIONAL FACILITY. C.C. 91-163

(4.) THE PETITIONER WAS ARRESTED MAY 24, 2002 FOR FAILURE TO APPEAR IN COURT FOR REVIEW ON STRAIGHT (15) YEAR SENTENCE.

(5.) THE HON. TRUMAN HOBBS DECLARED THE PETITIONER DELINQUENT ON CASE NO. C.C. 91-163 FEBUARY 23, 2004. THE COURT LOST JURISDICTION ON CASE NO. CC-91-163 MARCH 23, 1995.

(6.) THE PETITIONER WAS ILLEGALLY ARRESTED FOR THE SAME OFFENSES. HE IS BEING HELD IN DELINQUENCY ON THE SAME OFFENSES. HE ALSO SERVED TIME ON THIS SENTENCE WHICH HE E.O.S FEB. 2, 2001.

(7) THE PETITIONER SEEKS REVIEW OF THESES PROCEEDING AND RELIEF FROM THIS UNJUST ACT MADE BY THE CIRCUIT COURT OF MONTGOMERY CO. THE CUSTODY OF THE PETITIONER VIOLATES THE CONSTITUTION AND THE LAWS OF THE UNITED STATES. THE PETITIONER AVER THAT THE STATE'S CUSTODY OF PETITIONER IS NOT VALID OR CONSTITUTIONAL.

THE 5TH AMENDMENT STATE THAT, NO PERSON SHALL BE SUBJECT FOR THE SAME OFFENSE TO BE TWICE PUT IN JEOPARDY OF LIFE, NOR BE DEPRIVED OF LIFE, OR PROPERTY, WITHOUT DUE PROCESS OF LAW.

RESPECTFULLY SUBMITTED THIS 14TH DAY OF AUGUST 2005.

*Jeffery J. Jackson*
JEFFERY J. JACKSON
PETITIONER