# Alabama Court of Criminal Appeals Docket Sheet

CR-04-1934    APP : Preliminary Hearing Judgment    CR-04-1934

Jeffery James Jackson v. State of Alabama  (Appeal from Montgomery District Court: DC04-487)

**Date Order Entered**
03/26/2004
**Ruling**
Bound Over to Grand Jury.

## Indigent

**Notice of Appeal : 05/11/2005**                                      Docketed 06/28/2005 DI
                                                                      Last Updated  / /

**Post Judgment Motions**

**Attorneys & Officials**

| | | |
|---|---|---|
| District Judge | Lucie U. McLemore | Montgomery, AL  (334) 832-1391 |
| Circuit Clerk | Melissa Rittenour | Montgomery, AL  (334) 832-1289 |
| Atty. for Aplt. | Winston D. Durant | Montgomery, AL  (334) 263-2666 |

**Case Actions / Postings**

| | |
|---|---|
| 06/28/2005 | Docket sheet to Appellee. |
| 06/29/2005 | **Dismissed - Nonappealable Order** |
| 06/29/2005 | **Certificate of Judgment Issued.** |

*END OF DOCKETING INFORMATION*


EXHIBIT D

# THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

**CR-04-1934**

Jeffery James Jackson v. State of Alabama  (Appeal from Montgomery District Court: DC04-487)

## CERTIFICATE OF JUDGMENT

To the Clerk of the above noted Trial Court, Greetings:

WHEREAS, the appeal in the above-referenced cause has been considered by the Court of Criminal Appeals; and

WHEREAS, an order was issued this date in said cause containing the judgment indicated below:

### Appeal Dismissed

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure and the order of dismissal, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 29th day of June, 2005.

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. Lucie U. McLemore, District Judge
    Hon. Melissa Rittenour, Circuit Clerk
    Winston D. Durant, Attorney
    Office of Attorney General

# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-04-1934

Jeffery James Jackson v. State of Alabama  (Appeal from Montgomery District Court: DC04-487)

## ORDER

Upon consideration of the above referenced appeal, the Court of Criminal Appeals orders that said appeal be and the same is hereby DISMISSED as a non-appealable order. Having this date dismissed said appeal, the Court further orders that the certificate of judgment shall issue forthwith.

Done this the 29th day of June, 2005.

H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Lucie U. McLemore, District Judge
Hon. Melissa Rittenour, Circuit Clerk
Winston D. Durant, Attorney
Office of Attorney General

# Alabama Court of Criminal Appeals Docket Sheet

**CR-04-1934**  APP : Preliminary Hearing Judgment  **CR-04-1934**

Jeffery James Jackson v. State of Alabama  (Appeal from Montgomery District Court: DC04-487)

**Date Order Entered**
03/26/2004

**Ruling**
Bound Over to Grand Jury.

## Indigent

**Notice of Appeal : 05/11/2005**   Docketed 06/28/2005  DI
Last Updated  / /

**Post Judgment Motions**

**Attorneys & Officials**

| | | |
|---|---|---|
| District Judge | Lucie U. McLemore | Montgomery, AL  (334) 832-1391 |
| Circuit Clerk | Melissa Rittenour | Montgomery, AL  (334) 832-1289 |
| Atty. for Aplt. | Winston D. Durant | Montgomery, AL  (334) 263-2666 |

**Case Actions / Postings**

| | |
|---|---|
| 06/28/2005 | Docket sheet to Appellee. |
| 06/29/2005 | **Dismissed - Nonappealable Order** |
| 06/29/2005 | **Certificate of Judgment Issued.** |

*END OF DOCKETING INFORMATION*

Case Number: CR-04-1934                              Date: 06/29/2005  Time: 09:32:59   Page  1

04-1934

ACR371
ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE DISTRICT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA VS JACKSON JEFFERY JAMES     JUDGE: LUCIE MCLEMORE

| APPEAL DATE: 05/11/2005 | | |
|---|---|---|
| INDIGENCY STATUS: | | |
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES | ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | ___ YES | _X_ ~~NO~~ N/A |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES | _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES | ___ NO |

DEATH PENALTY: NO

APPEAL TYPE: OTHER (SPECIFY) PRELIMINARY HEARING Judgment

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC.) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 03/DC 2004 000487.00

ORDER ENTERED(DATE): 03/26/2004   PETITION: __DISMISSED  __DENIED  __GRANTED

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 03/26/2004        DATE OF SENTENCE: 00/00/0000

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 03/DC 2004 000487.00
SENTENCE:   CONF: 00 YRS 00 MOS 000 DAYS
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS          LIFE: NO    LIFEWO: NO

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | | | |
| ___ MOTION FOR JUDG. OF ACQUIT | | | |
| ___ MOTION TO W/D GUILTY PLEA | | | |
| ___ MOTION FOR ATTY TO W/DRAW | | | |
| ___ OTHER | | | |

COURT REPORTER(S):
ADDRESS:

FILED
JUN 27 2005
CLERK
ALA COURT CRIMINAL APPEALS

APPELLATE COUNSEL #1:        DURANT WINSTON D
ADDRESS:                     445 C  S. MCDONOUGH ST
                             MONTGOMERY  , AL  36104
PHONE NUMBER:                334-263-2666

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):          JACKSON JEFFERY JAMES
ADDRESS:                     174 LAUDERDALE DR
                             MONTGOMERY  , AL  361160000
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED                OPERATOR: DBH
ABOVE IS ACCURATE TO THE BEST OF MY                    PREPARED: 06/23/2005
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO         Melissa Rittenour
THIS ACTION ON THIS 23rd DAY OF June, 2005         CIRCUIT COURT CLERK

APPEAL DISMISSED
NON-APPEALABLE ORDER

*[signature]*

JUN 29 2005

IN THE DISTRICT COURT OF
MONTGOMERY, CO. ALABAMA

*pending GJ*

STATE OF ALABAMA
PLAINTIFF
vs.
JEFFERY V. JACKSON
DEFENDANT

MAY-11, 2005

CASE NO: DC 04-487

*FILED MAY 2005 — Melissa Rittenour Circuit Clerk*

## NOTICE OF APPEAL

COMES NOW THE DEFENDANT, BY AND THROUGH PRO-SE, PETITION THIS HONORABLE COURT TO APPEAL THE JUDGEMENT MADE AT HIS PRELIMINARY HEARING. IN SUPPORT OF THIS APPEAL, THE DEFENDANT STATES THE FOLLOWING:

1. JUDGE McLEMORE RULING WAS BASED ON FABRICATED ACCUSATION. WITNESS FOR THE STATE TESTIFIED UNDER OATH FALSELY - PERJURY

2. SUFFICIENT NOTICE: STATE ERRED, ON THE BASIS THAT THE COURT FAILED TO STATE THE ELEMENTS OF MURDER. HINDERANCE OF THE STATE.

VIOLATIONS OF STATE AND U.S. CONSTITUTION.

Sincerely,
Jeffery J. Jackson