```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 03 MONTGOMERY OFFICE: 1       OCSOC01

CASE NUMBER: CC 1991 000163 00    TRANS DATE/TIME: 00000000 0000       JID: SMG
  STYLE/NAME: STATE OF ALABAMA   VS  JACKSON JEFFERY                PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------- COMMENTS -------------------| OPE
-------------------------------------------------------------------------------
      11062002 1005 DAT1 SET FOR: REVIEW DOCKET/HEAR ON 11/25/2002 AT 0830A REG
      12112002 1333 DAT1 SET FOR: REVIEW DOCKET/HEAR ON 01/23/2003 AT 0400P REG
      02062003 1000 DAT1 SET FOR: REVIEW DOCKET/HEAR ON 02/20/2003 AT 0400P REG
      05072003 1520 AWAR ALIAS WARRANT ISSUED: 05/07/2003            (AR08) REG
      02192004 0911 WARR "S" WARRANT SERVICE ON: 02/18/2004          (AR10) TOR
      02192004 0911 WARR WARRANT LOCATION IS: H ON: 02/18/2004       (AR10) TOR
      10012004 1656 CASU CASE ACTION SUMMARY PRINTED                 (AR08) REW
      06282005 1419 TEXT PETITION FOR RELIEF FROM A CONVICTION              GAB
      07212005 1540 TEXT WRIT OF HABEAS CORPUS                              TOR
      10052005 1651 TEXT PETITION FOR WRIT OF HABEAS CORPUS                 TOR
      11012005 1104 TEXT MOTOIN FOR FINAL DISPOSITION                       TOR
      11022005 1338 TEXT MO FOR PROBATION REVOCATION HEARING                REG

-------------------------------------------------------------------------------
*** THERE ARE NO MORE RECORDS ON-FILE FOR THE CASE ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF           24=HLP
```


EXHIBIT F

IN THE CIRCUIT COURT OF
MONTGOMERY CO. ALABAMA

JEFFERY JAMES JACKSON
                    PETITIONER
        VS.

HON. TRUMAN HOBBS                CASE NO. C.C. 91-163
                    RESPONDENT

CR-04-2378
EX PARTE/ JEFFERY J. JACKSON

RECEIVED 10-28-05 CIRCUIT COURT CLERK

WRIT OF CERTIORARI

COMES NOW, THE PETITIONER JEFFERY J. JACKSON PRO SE PETITION THIS HONORABLE COURT IN THE ABOVE STYLED CASE. IN SUPPORT OF THIS PETITION, THE PETITIONER STATES THE FOLLOWING GROUNDS FOR REVIEW:

(1.) THE PETITIONER WAS SENTENCED JUNE 11, 1991 TO A (15) YEAR SPLIT SENTENCE BY THE HON. JUDGE JOSEPH D. PHELPS.

(2.) THE HON. JUDGE SALLY M. GREENHAW REVOKED AND AMENDED MY SPLIT SENTENCE TO STRAIGHT (15) YEAR SENTENCE MARCH 2, 1995.

(3.) THE COURT LOST JURISDICTION ON THIS CASE MARCH 23, THE PETITIONER IS BEING HELD IN DELINQUENT STATUS ON THIS CASE.

(CERTIFICATE OF SERVICE)

THIS IS TO CERTIFY THAT I HAVE THIS DAY, PLACED A COPY OF THIS PETITION IN THE U.S. MAIL TO JUDGE TRUMAN HOBBS CIRCUIT JUDGE.

Jeffery J. Jackson
PETITIONER

DONE THIS 1ST DAY OF SEPTEMBER 2005.

IN THE CIRCUIT COURT OF
MONTGOMERY CO. ALABAMA

JEFFERY JAMES JACKSON
    VS.    PETITIONER

HON. TRUMAN HOBBS            CASE NO. C.C. 91-163
        RESPONDENT

CR-04-2378
EX PARTE JEFFERY J. JACKSON     WRIT OF ERROR

COMES NOW, THE PETITIONER JEFFERY J. JACKSON PRO SE PETITION THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE. IN SUPPORT THIS PETITION, THE PETITIONER STATES THE FOLLOWING GROUNDS FOR REVIEW:

(1.) THE PETITIONER WAS SENTENCE JUNE 11, 1991 TO A (15) SPLIT SENTENCE BY THE HON. JUDGE JOSEPH D. PHELPS.

(2.) THE HON. JUDGE SALLY M. GREENHAW REVOKED AND AMENDED SPLIT SENTENCE TO STRAIGHT (15) YEAR SENTENCE, MARCH 23, 1995.

(3.) THE COURT LOST JURISDICTION ON THIS CASE MARCH 23, 1995. THE PETITIONER IS BEING HELD IN DELINQUENT STATUS ON THIS

(CERTIFICATE OF SERVICE)

THIS IS TO CERTIFY THAT I HAVE THIS DAY PLACED A C OF THIS PETITION IN THE U.S. MAIL TO THE HON. JUDGE TRUMAN HOBBS, CIRCUIT JUDGE.

SUBMITTED THIS 31st DAY OF AUGUST 2005.

*Jeffery J. Jackson*
Jeffery J. Jack[son]
    PETITIONER

MONTGOMERY CO. A.

JEFFERY JAMES JACKSON
          VS                          PETITIONER
                         RITTENOUR        | CASE NO. CC-91-123
                         RESPONDENT

R-04-2378

EX PARTE, JEFFERY J. JACKSON

### WRIT OF CERTIORARI

COMES NOW, THE PETITIONER JEFFERY J. JACKSON PETITION THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE IN SUPPORT OF THIS PETITION, THE PETITIONER STATES THE FOLLOWING GROUNDS FOR REVIEW:

1.) THE PETITIONER WAS SENTENCED JUNE 11, 1991 TO A (15) YEAR SPLIT SENTENCE BY THE HON. JUDGE JOSEPH D. PHELPS.

2.) THE HON. JUDGE SALLY M. GREENHAW REVOKED AND AMENDED MY SPLIT SENTENCE TO STRAIGHT (15) YEAR SENTENCE MARCH 23, 1995.

3) THE COURT LOST JURISDICTION ON THIS CASE, MARCH 23, 19__ THE PETITIONER IS BEING HELD IN DELINQUENT STATUS ON THIS CASE.

(CERTIFICATE OF SERVICE)

THIS IS TO CERTIFY THAT I HAVE THIS DAY, PLACED A COPY OF THIS PETITION IN THE U.S. MAIL TO MELISSA RITTENOUR, CIRCUIT CLERK.

DONE THIS 1ST DAY OF SEPTEMBER 2005.

                                    Jeffery J. Jackson
                                        PETITIONER

In _____ of

_TGOMERY CO. ALAB__

JEFFERY JAMES JACKSON
  vs.        PETITIONER
HON. MELISSA RITTENOUR        CASE NO. C.C. 91-163
        RESPONDENT

SEPTEMBER 1, 2005

CR-04-2378

Ex parte JEFFERY J. JACKSON

WRIT OF ERROR

COMES NOW, THE PETITIONER JEFFERY J. JACKSON PRO SE PETITION THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE. IN SUPPORT OF HIS PETITION THE PETITIONER STATES THE FOLLOWING GROUNDS FOR REVIE_

(1.) THE PETITIONER WAS SENTENCED JUNE 11, 1991. TO A (15) YEAR SPLIT SENTENCE BY THE HON. JUDGE JOSEPH D. PHELPS.

(2.) THE HON. JUDGE SALLY M. GREENHAW REVOKED AND AMENDED MY SPLIT SENTENCE TO STRAIGHT (15) YEAR SENTE_ MARCH 23, 1995.

(3.) THE COURT LOST JURISDICTION ON THIS CASE MARCH 1995. THE PETITIONER IS BEING HELD IN DELINQUENT STATUS ON CASE. THE STATE'S CUSTODY IS UNCONSTITUTIONAL.

(CERTIFICATE OF SERVICE)

_Jeffery J. Jac_
JEFFERY J_

THIS IS TO CERTIFY THAT I HAVE THIS DAY _LACED A COPY OF THIS PETITION IN THE MAIL        PET_

JEFFERY J. JACKSON - 181163
P.O. BOX 4599
MONTGOMERY, AL. 36103

HON. MELLISSA RITTENOUR
P.O. BOX 1667
MONTGOMERY, AL. 36102

36102-1667

[Postmark: 02 SEP 2005]

[Filed stamp: SEP 2005 Filed Melissa Rittenour Circuit Clerk]