# Alabama Court of Criminal Appeals Docket Sheet

| CR-04-2252 | PET : Writ of Mandamus | CR-04-2252 |

Ex parte Jeffery James Jackson   (In re: State of Alabama vs. Jeffery James Jackson)
(Montgomery Circuit Court: CC91-163)

## EXPEDITED

**Petition Filed : 08/09/2005**          Docketed 08/10/2005  CC
                                          Last Updated  / /    CC

### Post Judgment Motions

### Attorneys & Officials

| | | |
|---|---|---|
| Circuit Clerk | Melissa Rittenour | Montgomery, AL  (334) 832-1289 |
| Pro Se Pet. | Jeffery James Jackson | Montgomery, AL  ( ) - |
| Circuit Judge for Resp. | Truman Hobbs | Montgomery, AL  (334) 832-7147 |
| A.G. for Resp. | Troy King | Montgomery, AL  (334) 242-7300 |
| D. A. for Resp. | Eleanor Idelle Brooks | Montgomery, AL  (334) 832-2550 |

### Case Actions / Postings

| | |
|---|---|
| 08/09/2005 | Petition for Writ of Mandamus filed (rec'd 08/10/05) (additional copy filed on 08/07/05--rec'd 08/10/05) |
| 08/17/2005 | **Petition Dismissed** |

*END OF DOCKETING INFORMATION*



EXHIBIT

# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

**CR-04-2252**

Ex parte Jeffery James Jackson   (In re: State of Alabama vs. Jeffery James Jackson)
(Montgomery Circuit Court: CC91-163)

## ORDER

Upon consideration of the above referenced Petition for Writ of Mandamus, the Court of Criminal Appeals ORDERS that said petition be and the same is hereby DISMISSED.

Done this the 17th day of August, 2005.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Melissa Rittenour, Circuit Clerk
Jeffery James Jackson, Pro Se
Hon. Truman Hobbs, Circuit Judge
Hon. Troy King, Attorney General
Hon. Eleanor Idelle Brooks, District Attorney

## COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

04-2252

JEFFERY JAMES JACKSON - 16703

    VS.    PETITIONER

STATE OF ALABAMA      CASE NO. CC-91-163

    RESPONDENT

**FILED**
AUG 9 2005
Rec'd 8/10/05
CLERK
ALA COURT CRIMINAL APPEALS

WRIT OF MANDAMUS

COMES NOW, THE PETITIONER JEFFERY J. JACKSON PRO SE PETITION THIS HONORABLE COURT IN THE ABOVE STYLED CAUSE. THE PETITIONER STATES THE FOLLOWING GROUNDS TO SUPPORT HIS PETITION FOR RELIEF:

(1.) THE HON. JUDGE TRUMAN HOBBS FILED A DELINQUENCY REPORT FEBUARY 23, 2004 DECLARING THE PETITIONER DELINQUENT. THE PETITIONER HAS BEEN HELD IN DELINQUENT STATUS FOR OVER 17 MONTHS.

(2.) THE PETITIONER WAS SENTENCED TO 15 YEARS PURSUANT TO SPLIT SENTENCE ACT (ALABAMA CODE 15-18-8) JUNE 11, 1991 BY THE HON. JUDGE JOSEPH D. PHELPS, CASE NO. CC-91-163.

(3.) THE HON. JUDGE SALLY M. GREENHAW REVOKED AND AMENDED CC-91-163 TO STRAIGHT 15 YEAR SENTENCE TO RUN CONCURRENT WITH CC-81-723. THE PETITIONER E.O.S. BOTH CC-91-163 AND CC-81-723 FEB. 2, 2001 FROM BULLOCK CO. CORR. FACILITY.

(4.) THE HON. JUDGE TRUMAN HOBBS SHOULD NOT HAVE JURISDICTION OVER THIS CASE. THE COURT LOST JURISDICTION MARCH 23, 1995 WHEN JUDGE GREENHAW REVOKED AND AMENDED CC-91-163.

CONCLUSION

THE PETITIONER HAS FILED NUMEROUS MOTIONS AND WRITS RAISING THE SAME ISSUES IN BOTH THE CIRCUIT COURT AND THE APPELLATE COURT. [illegible] THE PETITIONER HAS PLEAD OF [illegible] TO SHOW THAT THE COURTS RULINGS IS INCORRECT AND UNCONSTITUTIONAL. [illegible] THE COURT SHOULD NOT HAVE VACATED THE JURY'S VERDICT. THE CONSTITUTIONAL RIGHTS [illegible] ARE BEING PUT IN JEOPARDY OF FREEDOM. THE PETITIONER SEEKS AID IN THIS PETITION TO COMPEL THE COURT TO REVIEW THIS CASE AND FREE THE PETITIONER FROM DOUBLE JEOPARDY.

RESPECTFULLY SUBMITTED THIS 9TH DAY OF AUGUST 2005.

Jeffrey C. Jackson
JEFFREY C. JACKSON
PETITIONER

COURT OF CRIMINAL APPEALS
STATE OF ALABAMA
04-2252

JEFFERY JAMES JACKSON

VS.        PETITIONER

STATE OF ALABAMA         CASE NO. C.C. 91-163

RESPONDANT

FILED
AUG 7 2005
Rec'd 8/10/05
CLERK
ALA COURT CRIMINAL APPEALS

PETITION FOR WRIT OF ERROR

COMES NOW, THE PETITIONER JEFFERY J. JACKSON PRO SE RESPECTFULLY REQUEST THAT THIS HONORABLE COURT ORDER THE STATE OF ALABAMA TO REMIT TO THE APPELLATE COURT THE RECORD OF AN ACTION TAKEN AGAINST HIM IN ORDER THAT AN EXAMINATION MAY BE MADE TO CLARIFY DOUBLE JEOPARDY. IN SUPPORT OF THIS WRIT, THE PETITIONER STATES THE FOLLOWING:

(1) HON. JUDGE TRUMAN HOBBS FILED A PRELIMINARY REPORT FEBRUARY 23, 2004 ON THE PETITIONER.
(2) THE PETITIONER WAS SENTENCE JUNE 4, 1991 BY THE HON. JUDGE JOSEPH D. PHELPS TO 15 YEARS SPLIT TO SERVE
(3) FULL YEARS IN THE PENITENTIARY.
(3.) HON. JUDGE SALLY M. GREENHAW REVOKED AND AMENDED MY SPLIT SENTENCE TO STRAIGHT 15 YEAR SENTENCE MARCH 23, 1995. THE HON. JUDGE TRUMAN HOBBS HAS JURISDICTION OVER MY CASE. THE COURT'S LOST JURISDICTION OVER MY CASE MARCH 23, 1995 WHEN THE HON. JUDGE SALLY M. GREENHAW REVOKED AND AMENDED MY SENTENCE C.C. 91-163, THE PETITIONER E.O.S. THIS SENTENCE FEB. 2, 2001.

(4.) THE PETITIONER WAS ARRESTED MAY 24, 2002 AFTER HE E.O.S. HIS STRAIGHT 15 YEAR SENTENCE. THE COURT SHOULDN'T HAVE JURISDICTION OVER THE PETITIONER BECAUSE HE HAD BEEN SENTENCED ONCE AND COMPLETED HIS SENTENCE. THE PETITIONER SEEKS RELIEF IN HIS ACTIONS AGAINST THE COURT FOR DOUBLE JEOPARDY.

RESPECTFULLY SUBMITTED THIS 7TH DAY OF AUGUST 2005.

*Jeffery J. Jackson*
JEFFERY J. JACKSON
APPELLANT

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING PETITION HAS BEEN HAND MAILED TO THE HON. JUDGE TRUMAN HOBBS.

C.C. HON. TRUMAN HOBBS

DONE THIS 7TH DAY OF AUGUST 2005.

*Jeffery J. Jackson*

JEFFERY J. JACKSON - 167703
P.O. BOX 4599
MONTGOMERY, AL.
36104

[postmark: MONTGOMERY AL, 9 AUG 2005]

COURT OF CRIMINAL APPEALS
300 DEXTER AVE.
MONTGOMERY, AL.
36104-1555

36104+3741