# Alabama Court of Criminal Appeals Docket Sheet

**CR-04-2055**   <u>PET : Writ of Habeas Corpus</u>   **CR-04-2055**

Ex parte Jeffery James Jackson   (In re: State of Alabama vs. Jeffery James Jackson)
(Montgomery Circuit Court: CC91-163)

## EXPEDITED

**Petition Filed : 07/10/2005**                              Docketed 07/14/2005  CC
                                                             Last Updated   / /

**Post Judgment Motions**

**Attorneys & Officials**

| | | |
|---|---|---|
| Circuit Clerk | Melissa Rittenour | Montgomery, AL  (334) 832-1289 |
| Pro Se Pet. | Jeffery James Jackson | Montgomery, AL  (  ) - |
| Circuit Judge for Resp. | Truman Hobbs | Montgomery, AL  (334) 832-7147 |
| A.G. for Resp. | Troy King | Montgomery, AL  (334) 242-7300 |
| D. A. for Resp. | Eleanor Idelle Brooks | Montgomery, AL  (334) 832-2550 |

**Case Actions / Postings**

| | |
|---|---|
| 07/10/2005 | Petition for Writ of Habeas Corpus filed (rec'd 07/13/05) |
| 07/14/2005 | Petitioner allowed 14 days to file certificate of service evidencing compliance with Rule 21(c), Ala. R. App. P. Petitioner placed on notice that this petition shall be dismissed if this Court has not "received" his certificate of service within 14 day period provided herein. |
| 07/20/2005 | Petitioner's cert. of service filed (rec'd 07/22/05) |
| **07/27/2005** | **Petition Dismissed** |
| 08/11/2005 | Petition for writ of habeas corpus filed with SC#1041742. |
| 09/13/2005 | Order from SC#1041742 petition for writ of habeas corpus is stricken for failure to comply with Rule 21, ARAP. |

*END OF DOCKETING INFORMATION*


EXHIBIT G

COURT OF CRIMINAL APPEALS
STATE OF ALABAMA

FILED
JUL 1 0 2005
Rec'd 7/13/05
CLERK
ALA COURT CRIMINAL APP.

JEFFERY JAMES JACKSON           - B.N. - 16703
          VS.        PETITIONER
STATE OF ALABAMA         CASE NO. _____
          RESPONDENT

WRIT OF HABEAS CORPUS

COMES NOW, THE PETITIONER JEFFERY J. JACKSON PRO SE PETITION THIS HONORABLE COURT FOR RELIEF THIS CAUSE OF ACTION ON A 28 U.S.C. § 2254 PETITION FOR HABEAS CORPUS. PETITIONER STATES THE FOLLOWING GROUNDS FOR RELIEF:

(1.) PETITIONER CHALLENGES THE LEGALITY OF THE STATE'S CUSTODY IN ACTIONS TAKEN JUNE 11, 1991 AND JULY 15, 2004.

(2.) JUDGE JOSEPH C. PHELPS SENTENCED THE PETITIONER JUNE 11, 1991 TO 15 YEARS IN THE PENITENTIARY PURSUANT TO THE SPLIT SENTENCE ACT OF ALABAMA CODE 15-18-8. THIS SENTENCE WAS TO BE SUSPENDED UPON CERTAIN CONDITIONS. (A.) THE DEFENDANT SPEND THREE (3) FULL YEARS IN THE PENITENTIARY TO BE RETURNED TO THE COURT FOR REVIEW AND A HEARING FOR CONSIDERATION. (B.) THE DEFENDANT IS TO SERVE THE REMAINING ON HIS SENTENCE AFTER INCARCERATION ON SUPERVISED PROBATION—THAT IS, THE DEFENDANT IS TO SPEND THREE (3) YEARS ON SUPERVISED PROBATION.

PETITIONER WAS'NT PLACED ON PROBATION. MARCH 23, 1995 THE HONORABLE JUDGE SALLY GREENHAW, CIRCUIT COURT, REVOKED THE SPLIT SENTENCE AND ORDERED THE SENTENCE TO RUN AS A 15 YEAR SENTENCE TO RUN CONCURRENT WITH CC 91-163.

FEBUARY 2, 2001 PETITIONER WAS RELEASE FROM BULLOCK COUNTY CORRECTIONAL FACILITY E.O.S. CC-91-163.

(3.) JUDGE SALLY GREENHAW ISSUED A CAPIAS W.O.A. APRIL 16, 2002 FOR THE PETITIONER AFTER HE E.O.S. HIS SENTENCE CC 91-163. PETITIONER WAS ILLEGALLY ARRESTED FOR THE SAME CRIMES HE SERVED TIME ON.

(4.) JUDGE TRUMAN HOBBS IS CURRENTLY HOLDING THE PETITIONER IN DELINQUENT STATUS IN CC 91-163, AFTER HE HAS FILED NUMEROUS MOTIONS NOTIFYING THE JUDGE THAT, THE PETITIONER IS SERVING TIME TWICE (2) FOR THE SAME CRIMES.

(5.) PETITIONER ASSERT THAT THE BASIS OF STATE'S CUSTODY IS PURSUANT TO CRIMES HE DONE TIME FOR. THE STATE'S CUSTODY IS UNLAWFUL. PETITIONER'S CONSTITUTIONAL RIGHT'S IS BEING VIOLATED. PETITIONER IS ASKING THE COURT TO ORDER HIS RELEASE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON JULY 10, 2005

JEFFERY J. JACKSON

*Jeffery J. Jackson*
PETITIONER