IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY JAMES JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 2:05-CV-1074-MEF |
| v. | ) | |
| | ) | |
| D. T. MARSHALL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

Upon review of the answer filed by the respondents on December 28, 2005 (Court Doc. No. 13), and for good cause, it is

ORDERED that on or before February 3, 2006 the respondents shall file a supplement to their answer that:

1. Contains a copy of the order issued by the Circuit Court of Montgomery County, Alabama setting aside the February 23, 2004 order of delinquency.

2. Advises whether (i) the claims presented to this court have been addressed on the merits by the state courts and, if so, the effect such disposition has on this petition. *See* 28 U.S.C. § 2254(d)(1); *Williams v. Taylor*, 529 U.S. 362, 404-405, 120 S.Ct. 1495, 1518- 1523 (2000); (ii) the double jeopardy claim to the breaking and entering a vehicle conviction has ever been raised in the state courts, and (iii) the petitioner's attack on his guilty pleas have been raised in the state courts.

Done this 5th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE