IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
JAN 18 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| JEFFERY JAMES JACKSON, | ] |
| Petitioner, | ] |
| v. | ] Civil Action No.: 2:05-CV-1074-F |
| D.T. MARSHALL, et al., | ] |
| Respondents. | ] |

## AMENDED ANSWER

COMES NOW Respondent D.T. Marshall, Sheriff of Montgomery County, Alabama, and for answer to the Petition for Writ of Habeas Corpus, states as follows:

1. Petitioner Jeffery James Jackson is incarcerated in the Montgomery County Detention Facility on charges of Murder, $40,000 bond; Robbery I, $30,000 bond; Theft of Property I, no bond; and Breaking and Entering Vehicle, no bond. (Affidavit of Gina Savage attached hereto, para. 2) Petitioner was arrested on February 18, 2004, and had a preliminary hearing on March 26, 2004. Petitioner was bound over to the grand jury as a result of that preliminary hearing. (Affidavit of Gina Savage attached hereto, para. 2)

## DEFENSES

1. Some or all of Petitioner's claims are or may be barred because Petitioner failed to exhaust remedies available to him in the state courts.

2. Some or all of Petitioner's claims are or may be barred because they are untimely.

3. Respondent further shows unto the Court that the transcripts relevant to this Petition should be provided to the Court by the Attorney General for the State of Alabama. Respondent adopts all arguments and defenses asserted by the Attorney General for the State of Alabama in this proceeding as if the same were incorporated herein.

_____
Thomas T. Gallion, III (GAL010)
Constance C. Walker (WAL144)
Attorneys for Respondent D.T. Marshall

**OF COUNSEL:**
**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
Post Office Box 4660
Montgomery, Alabama 36103-4660
334-265-8573
334-264-7945 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the foregoing upon the following by placing a copy of the same in the United States mail, postage prepaid on this **18th** day of January, 2006, and addressed as follows:

Jeffery J. Jackson
Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama 36103

James B. Prude, Esq.
Office of the Attorney General
State of Alabama
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152

_____
Of Counsel

2