IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEFFERY JAMES JACKSON** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1074 |
| **D. T. MARSHALL, et al.,** | ) |
| Defendants. | ) |

**AFFIDAVIT OF GINA M. SAVAGE**

Before me, a Notary Public, personally appeared Gina M. Savage and after being duly sworn, did say as follows:

1. My name is Gina Savage and I am Director of the Montgomery County Detention Facility.

2. Jeffery James Jackson is incarcerated in the Montgomery County Detention Facility on charges of Murder, $50.000 bond, Robbery I, $30,000 bond, Theft of Property I, no bond, and Breaking and Entering Vehicle, no bond.

He was arrested February 18, 2004, and had a preliminary hearing March 26, 2004. He was bound over to the Grand Jury as a result of that preliminary hearing.

_____
Gina Savage

Sworn to and subscribed before me this 17th day of January, 2006

_____
Notary Public
My Commission Expires October 15, 2006