IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JAN 25  A 10: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

| | |
|---|---|
| JEFFERY JAMES JACKSON, | ] |
| Petitioner, | ] |
| v. | ] Civil Action No.: 2:05-CV-1074-F |
| D.T. MARSHALL, et al., | ] |
| Respondents. | ] |

### DEFENDANT'S WITHDRAWAL OF MOTION AND ANSWER

COMES NOW Respondent D.T. Marshall, and withdraws the Motion for Leave to file Amended Answer filed by Respondent D.T. Marshall on January 18, 2006, and the Answer filed by Respondent D.T. Marshall on January 17, 2006. Respondent shows unto the Court that these pleadings were mistakenly filed in this case instead of another pending case involving the same Plaintiff Jeffery James Jackson.

_____
Thomas T. Gallion, III (GAL010)
Constance C. Walker (WAL144)
Attorneys for Respondent D.T. Marshall

OF COUNSEL:
HASKELL SLAUGHTER YOUNG & GALLION, LLC
Post Office Box 4660
Montgomery, Alabama 36103-4660
334-265-8573
334-264-7945 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the foregoing upon the following by placing a copy of the same in the United States mail, postage prepaid on this 24 day of January, 2006, and addressed as follows:

Jeffery J. Jackson
Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama 36103

James B. Prude, Esq.
Office of the Attorney General
State of Alabama
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152

_____
Of Counsel