IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY JAMES JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:05-CV-1074-MEF |
| | ) | |
| D. T. MARSHALL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

Upon consideration of the motion to withdraw response filed by the county respondents on January 25, 2006 (Court Doc. No. 16), in which the respondents seek to withdraw the amended answer filed on January 18, 2006 (Court Doc. No. 15), and for good cause, it is

ORDERED that the motion to withdraw be and is hereby GRANTED. It is further

ORDERED that the amended answer (Court Doc. No. 15) be stricken from the docket.

Done this 26th    day of January, 2006.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE