IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEFFERY JAMES JACKSON,** ] | |
| ] | |
| Petitioner, ] | |
| ] | |
| v. ] | Civil Action No.:  2:05-CV-1074-F |
| ] | |
| **D.T. MARSHALL, et al.,** ] | |
| ] | |
| Respondents. ] | |

### D.T. MARSHALL'S RESPONSE TO
### COURT ORDER DATED JANUARY 5, 2006

COMES NOW Respondent Sheriff D.T. Marshall, and for response to the Court's Order dated January 5, 2006, states as follows:

1. Respondent D.T. Marshall does not have possession of the documents requested by this Court in its January 5, 2006, Order, but understand copies of these documents will be produced by Respondent Attorney General for the State of Alabama.

2. Respondent D.T. Marshall adopts and incorporates herein the response of the Attorney General for the State of Alabama in response to this Court's January 5, 2006, Order.

                                                              /s/ Constance C. Walker
                                                              Thomas T. Gallion, III (GAL010)
                                                              Constance C. Walker (WAL144)
                                                              Attorneys for Respondent D.T. Marshall

**OF COUNSEL:**
**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
Post Office Box 4660
Montgomery, Alabama  36103-4660
334-265-8573
334-264-7945 (Fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have served a true and correct copy of the foregoing upon the following by placing a copy of the same in the United States mail, postage prepaid on this **3rd** day of February, 2006, and addressed as follows:

Jeffery J. Jackson
Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama  36103

James B. Prude, Esq.
Office of the Attorney General
State of Alabama
Alabama State House
11 South Union Street
Montgomery, Alabama  36130-0152


　　　　　　　　　　　　　　　　　　　　/s/  Constance C. Walker
　　　　　　　　　　　　　　　　　　　　Of Counsel