# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

February 6, 2006

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:  Jeffery James Jackson v. D. T. Marshall et al

Case No.:    2:05cv1074-MEF
             Document 18 Response to Order

This Notice of Correction was filed in the referenced case this date to enter the corrected Certificate of Service signature page into the record.