IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

State of Alabama,           )
                            )
   Petitioner,              )
                            )
v.                          )    CC-1991-163
                            )    CC-1999-2133
Jeffrey J. Jackson,         )
                            )
   Respondent.              )

## ORDER

On February 23, 2004, Defendant was declared delinquent in this case as well as CC-1999-2133 pending the outcome of new charges. In fact, it appears that this Court could not declare him delinquent in CC-1991-163 because Judge Greenhaw, in 1995, amended his split sentence to a straight term of fifteen (15) years.

However, in CC-1999-2133, Defendant was serving a probationary term and the declaration of delinquency was within the jurisdiction of this Court.

Done this 27 day of December 2005.

TRUMAN M. HOBBS, JR.
CIRCUIT JUDGE

cc:   Ellen Brooks
      Jeffrey J. Jackson

EXHIBIT
I

RECEIVED
1-4-06
CIRCUIT COURT CLERK