IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JEFFERY JAMES JACKSON,
   PETITIONER,

V.

D.T. MARSHALL, et al.,
   RESPONDENTS.

CASE NO. 2:05-CV-1074-MEF

RECEIVED 2006 FEB 23 A 10: 14

## RESPONSE TO ORDER

COME NOW THE PETITIONER, JEFFERY J. JACKSON PRO SE, TO RESPOND TO THE ORDER TO SHOW CAUSE WHY HIS PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO EXHAUST STATE REMEDIES, DATED FEBRUARY 10TH 2006:

RESPONDENTS HAVE CERTIFIED THAT PETITIONER IS BEING HELD IN CUSTODY BECAUSE HE HAS BEEN CHARGED WITH THE CRIMES OF MURDER AND ROBBERY. PETITIONER'S DELINQUENT STATUS HAS BEEN INVALIDATED BY JUDGE: TRUMAN M. HOBBS JR.

THE LAW DIRECTS THAT A PETITION FOR WRIT OF HABEAS CORPUS FILED BY "A PERSON IN CUSTODY PURSUANT TO THE JUDGEMENT OF A STATE COURT SHALL NOT BE GRANTED UNLESS IT APPEARS THAT THE APPLICANT HAS EXHAUSTED THE REMEDIES AVAILABLE IN THE COURTS OF THE [CONVICTING] STATE..." 28 U.S.C. § 2254 (1)(b)(1)(A).

THE LAW IS CLEAR, THE FIFTH AMENDMENT PROVIDES THAT THE STATE GOVERNMENT MAY NOT HOLD ANYONE UNLESS ON A INDICTMENT OF A GRAND JURY.

THE LAW DIRECTS A CONVICTED PETITIONER IN CUSTODY PURSUANT TO THE JUDGEMENT OF A STATE COURT, TO EXHAUST THE REMEDIES AVAILABLE IN THE COURTS OF THE [CONVICTING] STATE.

PETITIONER SHOULD NOT BE REQUIRED TO EXHAUST STATE REMEDIES. THE STATE COURTS ARE DIRECTED BY LAW TO RULE ON THE MERITS OF A CONVICTED PETITIONER CLAIMS FOR HABEAS CORPUS RELIEF. 28 U.S.C. § 2254 (1)(b)(1)(A).

THIS COURT SHOULD DEEM IT APPROPRIATE TO RULE ON THE MERITS OF PETITIONER'S CLAIM WITHOUT FIRST REQUIRING THAT HE EXHAUST STATE REMEDIES. THE STATE COURTS ARE NOT AUTHORIZED BY LAW TO GRANT RELIEF TO A PERSON WHO HAVE NOT BEEN CONVICTED IN A HABEAS CORPUS ACTION. RHINES V. WEBER, ____ U.S. ___ 125 S.CT. 1528

WHEREAS PETITIONER HAVE SHOWN THAT HIS PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO EXHAUST STATE REMEDIES.

Jeffery J. Jackson
PRO, SE - PETITIONER

RESPECTFULLY SUBMITTED THIS 19TH DAY OF FEBUARY 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 19TH DAY OF FEBRUARY 2006, I SERVED A COPY OF THE FOREGOING ON THE RESPONDENTS, BY PLACING THE SAME IN THE UNITED STATES MAIL, LOCATED AT THE MONTGOMERY CO. DETENTION FACILITY, AND ADDRESSED AS FOLLOWS:

ATTORNEY GENERAL
11 SOUTH UNION ST.
MONTGOMERY, ALA 36130-0152
RESPONDENT

HASKELL SLAUGHTER YOUNG & GALLION LLC
P.O. BOX 4660
MONTGOMERY, ALA. 36103-4660
ATTORNEYS FOR RESPONDENT- D.T. MARSHALL

Jeffery J. Jackson
PRO SE - PETITIONER