IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY JAMES JACKSON<br>PETITIONER<br>V.<br>D.T. MARSHALL, et al.,<br>RESPONDENTS | | CIVIL ACTION 2:05-CV-1074-MEF |

RECEIVED
2006 FEB 24 A 9:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION TO PROCEED ON
MOTION TO COMPEL

COMES NOW, THE PETITIONER, JEFFERY J. JACKSON PRO SE, AND MOVES IN THE ABOVE STLYED CAUSE. THE PETITIONER RESPECTFULLY REQUEST SAID COURT TO ACCEPT SAID "MOTION TO PROCEED" AS PERMISSION, UNDER CIVIL RULES OF CIVIL PROCEDURE, TO FILE SAID MOTION WITH THE PERMISSION OF SAID COURT. THE PETITIONER WHO HAS FILED EVERYTHING (PRO, SE), RESPECTFULLY REQUEST THIS HONORABLE COURT TO LOOK UPON THIS UNDER A ACT OF (PRO, SE) FILING OF A LAYMAN WHO IS DOING SO WITH THE BEST UNDERSTANDING OF THE LAW.

DONE THIS THE 22ND DAY OF FEBUARY 2006.

Jeffery J. Jackson
(PRO SE) - PETITIONER