IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY JAMES JACKSON,
    PETITIONER,

V.

D.T. MARSHALL, et al.,
    RESPONDENTS.

RECEIVED
2006 FEB 24 A 9 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

2:05-CV-1074-MEF

## MOTION TO COMPEL

COMES NOW THE PETITIONER, JEFFERY J. JACKSON PRO/SE AND MOVE THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE. IN SUPPORT OF THIS MOTION, PETITIONER STATES THE FOLLOWING:

ON FEBUARY 23, 2004, PETITIONER WAS DECLARED DELINQUENT IN CC-1991-163 AND CC-1999-2133 PENDING THE OUTCOME OF NEW CHARGES.

ON DECEMBER 27, 2005, JUDGE TRUMAN HOBBS ORDERED DELINQUENT STATUS SET ASIDE. THIS COURT AND RESPONDENTS ARE IN POSSESSION OF JUDGE HOBBS'S ORDER SETTING ASIDE THE DELINQUENCY.

PETITIONER MOTION THIS HONORABLE COURT TO COMPEL RESPONDENTS TO REMOVE PETITIONER OUT OF DELINQUENT STATUS AT THE MONTGOMERY CO. DETENTION FACILITY. RESPONDENT-D.T. MARSHALL IS IN VIOLATION OF THE CIRCUIT COURT ORDER-OF DECEMBER 27, 2005.

Petitioner was denied his constitutional right to bail. From February 23, 2004 until December 27, 2005. The February 23, 2004 delinquent status has been invalidated by Judge Truman Hobbs. Petitioner has a constitutional right to bail.

Petitioner request this honorable court to compel respondents to remove petitioner out of delinquent status at the Montgomery Co. Detention Facility.

Respectfully submitted this 22nd day of 2006.

*Jeffery J. Jackson*
PRO, SE - PETITIONER

## Certificate of Service

I hereby certify that on this 22nd day of February, 2006, I served a copy of the foregoing on the respondents, by placing the same in the United States Mail, located at the Montgomery Co. Detention Facility, and addressed as follows:

| | |
|---|---|
| Attorney General | Thomas T. Gallion, III |
| 11 South Union St. | P.O. Box 4660 |
| Montgomery, Alabama 36130-0152 | Montgomery, AL. 36103-4660 |
| | Attorney for Respondent |
| | D. T. Marshall |

*Jeffery J. Jackson*