IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY JAMES JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:05-CV-1074-MEF |
| | ) | |
| D. T. MARSHALL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

On February 24, 2006, the petitioner filed a motion for leave to file a motion to compel (Court Doc. No. 24). In this motion, the petitioner requests that he be removed from delinquent status at the Montgomery County Detention Facility. The evidentiary materials filed in this case establish that the petitioner remains in delinquent status on the 2002 receiving stolen property conviction imposed upon him by the Circuit Court of Montgomery County, Alabama. *Respondents' Exhibit I.* Accordingly, it is

ORDERED that the motion for leave to file a motion to compel (Court Doc. No. 24) be and is hereby DENIED.

Done this 27th day of February, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE