IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY JAMES JACKSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1074-MEF |
| ) | [WO] |
| ) | |
| D.T. MARSHALL, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On February 24, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the petition for habeas corpus relief is denied;

3. That the petition is dismissed without prejudice to afford the petitioner an opportunity to exhaust all available state court remedies.

Done this the 27th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE